Begin forwarded message:

**From:** Simone Gold <drsimonegold@gmail.com>
**Subject: Letter**
**Date:** October 12, 2022 at 2:22:40 PM EDT
**To:** Lisa Andrzejewski <lisa.andrzejewski@gmail.com>

To the AFLDS Board,

The nonprofit I founded and led to incredible success by all benchmarks - growth, influence, size, innovativeness, financial - is now at an existential crisis. That is in total contrast to when it was under my leadership and in great shape. As the current Board is totally dysfunctional, you must resign. The organization thanks you for their service.

The Board is already in receipt of a letter from a $500k donor. The Founder is also in receipt of a letter from another huge donor - who does not want to publicly state his/her name. And I have always had regular communications with all my large donors - and I have confirmed each one, without exception, stands with me. If the Board had bothered to do even the most minimal due diligence, it would have discovered from the AFLDS fundraiser that the organization cannot survive without my fundraising. Equally or more important than the large donors are the tens of thousands of small donors and millions of followers - they all leave with me. The Board did not even do this most minimal inquiry - incredibly shameful dereliction of duty

The Board made many critical mistakes, and when these conflict of interests were exposed by me, the Board ceded decision making to attorney Sally Wagonmaker. (She has a hard conflict of interest and will not be paid for this, details below.*) The organization is flailing because you, a voluntary Board, legally obligated to serve the nonprofit in the public's interest, have now attempted instead to spend tens of thousands of dollars and flail.

This stops now.

To the current Board. I work incredibly hard to raise money and I respect every donor and I do not waste their money. You will not disrespect the hard-working donor who spends an average of $29/month to support AFLDS by allowing attorney Sally to rack up tens of thousands of dollars and continuing to allow the organization to flounder is not in the organization's interest.

==There is no unsolvable problem here. As the Board is at odds with the entire==

==organization, and as the organization is unified against the Board, please resign immediately. I want to restate that my offer of a mutual release of liability for each individual Board member is still on the table.==

While you each may have different motivations for hanging on where you are not wanted, do not forget that you are going to be held **individually** liable in Court for your decision to resign or not resign. Each of you has you own legal individual fiduciary obligation to the nonprofit organization to do what is in the best interest of the organization. Obviously murdering the organization is not in the organization's interest.

The organization ceases to survive with you as it ceases to have funding or followers with you on the Board. This means that if you do not resign, your actions will prove you are not putting your fiduciary obligation towards the organization first. <u>Your vote will be discoverable by the future Court</u>. This is an easy one for a Judge. Did the Board members vote to allow the organization to live or die? If you resign you demonstrate compliance with your fiduciary obligation to the organization. There also will be no legal action because the organization will be doing great. If you fail to resign you will be liable as failing to comply with your individual fiduciary obligation. And there will be a legal action because the organization will be dead or at death's door - and the Mother Lioness will have her day in Court. Each of the three of you - how you vote - is an action that is discoverable by the Courts.

I am accusing you, Board Member Jurgen, with abundant evidence, of violating your fiduciary obligation if you do not resign. As the organization cannot survive with no money, no followers, no workers and no ideas; as there is abundant proof that the entire organization and all the money is against this Board: I am accusing you of murdering the organization if you do not resign. Murdering the organization is incompatible with your fiduciary obligation to the organization. Just as the mother lioness will not let her baby lion be murdered, neither will I.

I am accusing you, Board Member Mack, with abundant evidence, of violating your fiduciary obligation if you do not resign. As the organization cannot survive with no money, no followers, no workers and no ideas; as there is abundant proof that the entire organization and all the money is against this Board: I am accusing you of murdering the organization if you do not resign. Murdering the organization is incompatible with your fiduciary obligation to the organization. Just as the mother lioness will not let her baby lion be murdered, neither will I.

I am accusing you, Board Member Gilbert, with abundant evidence, of violating your fiduciary obligation if you do not resign. As the organization cannot survive

with no money, no followers, no workers and no ideas; as there is abundant proof that the entire organization and all the money is against the Board: I am accusing you of murdering the organization if you do not resign. Murdering the organization is incompatible with your fiduciary obligation to the organization. Just as the mother lioness will not let her baby lion be murdered, neither will I.

Each Board member is entirely fungible. I ask you to do the right thing by the organization. Step away as you have become the problem. All activities can continue with a new Board.

To assist you in coming to the correct decision, I happily remind you again, that on this date, October 12, I continue to offer each of you a mutual reciprocity of release. This offer expires at the conclusion of this Board meeting **AT NO RISK TO YOU AS AN INDIVIDUAL**.

Sherriff Mack: I do not think you have intentionally done anything to harm me or AFLDS. But should you not resign, you will become my enemy in this matter. I ask you to stand with me now and do what I judge is best for AFLDS and my relationship with you personally. I ask you to resign and let us see what the future holds for us together. Your life's work is ethical and honorable law enforcement and the Constitution. I want to work with you on those issues in the future. Should this Board not resign, we will end up in litigation, and your extraordinarily large financial request of AFLDS to financially benefit your own organization will be made public. I ask you to resign. Thank you.

Pastor Jurgen: Your actions have been shocking. You cannot both call me an Esther publicly to millions and then fail to heed what Esther needs. I hope it is possible to repair our relationship. I would need more information from you because your actions have been so shocking. But for now, I ask you to stand with me, a person you call Esther, and do what I judge is best for AFLDS and my relationship with you personally. Your life's work is bringing people to Gd. AFLDS is not necessary for your work. I ask you to please stop interfering with my ability to do my life's work which is to heal. I ask you to resign. Thank you.

Attorney Gilbert: Your actions have been disastrous. I do not think our relationship can be repaired based upon unethical and devious actions. But never say never as I bear you no personal ill will. You violated the Tenth Commandment … which led to all your other violations. If you fail to resign - which you already offered to General Counsel and offered to the Board -  you will once again show everyone your words are worthless, political silver tongue only, and at that decision-point, you will have decided to turn me into a mortal enemy. Your life's work is politics - you are a

politician-in-waiting. It would be unwise to take a popular folk-hero such as myself and turn her into your mortal enemy. I ask you to resign. Thank you.

==The Way Forward:==

The Vote to Resign:

Yea: (the easy way)
  • Normal AFLDS work will resume.
  • All audits will continue.
  • Tens of thousands of dollars will be saved.
  • Morale throughout AFLDS will be restored to normal optimism.
  • Millions of Americans will continue to have their designated doctor-warrior continue to fight for them

Nay: (the hard way) = corruption
  • AFLDS work will flounder
  • All audits will continue.
  • Tens of thousands of dollars will not be paid to Sally's firm*
  • Energy throughout AFLDS will skyrocket as AFLDS employs freedom fighters who thrive on exposing corruption.


Jurgen, Mack, Joey: if any amongst you actually care about the organization you will step down as you have become the obstacle. You are harming the organization. And now heed these further words. I am giving you advance notice that you will also harm yourself if you continue down this path. There is nothing you can do to stop me. I will take several actions; I don't need any permission from you; nor can you stop me.

As you three well know, I have all the people with me and they will happily hate those who hurt me. I will of course go to all my social media, which I personally own, and I will do exactly the same thing Tucker Carlson did in exposing the corrupted Board Members of Vanderbilt University Hospital. I will expose your actions. I am a mother lioness guarding her cub. Nothing else matters.

  • **I WILL EXPOSE EACH ONE OF YOU BY NAME AND LOCATION TO THE PUBLIC,  EXACTLY LIKE TUCKER CARLSON EXPOSED THE VANDERBILT UNIVERSITY HOSPITAL BOARD OF DIRECTORS. JUST LIKE VANDERBILT REVERSED COURSE, SO TOO WILL YOU RESIGN AFTER I EXPOSE YOU PUBLICLY.**

I will publicly identified you as follows, using the following URLs and pictures:

https://awakenchurch.com

Jurgen - sadly it will be absurdly easy for the public to believe the Church has been corrupted. It is obviously your moral obligation to not allow the good work you do in Gd's name to be overshadowed by allowing the public to connect you to corrupt actions. That would be a sin. And for literally nothing? That would be a grave sin b/c you cannot let your good deeds be overshadowed by nonsense - immoral. Please don't force me down this path. As heartbreaking as it is, I will not have a moment's hesitation as I am a mother lioness who will not let AFLDS die. Like Moses, like Esther: Let My People Go.





https://www.joeygilbert.com//  https://joeygilbertlaw.com
https://joeygilbertlaw.com

Joey - you will be the Republic politician face of corruption. This one is too easy. You know all the phone calls your office gets about me? Multiple that by ten and make it hate, not love.



https://cspoa.org

Richard - you will become the public face of a person who tried to siphon the people's money away from their desired purpose. Your enemies will have a field day with this - and as I stand with you in defense of the Constitution, this is heartbreaking for me - but I will not have a moment's hesitation as I am a mother lioness who will not let AFLDS die.



\* I will litigate this issue. While it is being litigated, no payments will be made. Sally

cannot be the choice to guide the nonprofit as she was selected at the recommendation of the attorney who persuaded the Founder to step down - a choice I accepted as a selfless act to protect AFLDS. The Founder followed this advice because as the mother lioness, I cared deeply about AFLDS. But that advice was horrific malpractice, and led us here, including to an attorney who is prolonging the dysfunction. Under no circumstances will Sally be paid while this sub-issue of her selection is litigated.

Gdspeed - do the right thing. For the people, for the organization, for yourself.