

**From:** Simone Gold, MD, JD <drgold@aflds.org>
**Date:** Tuesday, October 11, 2022 at 2:04 AM
**To:** Kellye Fabian Story <kellye@wagenmakerlaw.com>
**Cc:** Paul Z Winters <paul@wagenmakerlaw.com>, Sally R Wagenmaker <sally@wagenmakerlaw.com>
**Subject:** Re: Your Allegations Against Joey Gilbert/AFLDS; Next Steps

Hello Kellye,

Once Sally made the decision to investigate the veracity of my words, instead of investigating how the organization survives this, there are many people with whom you should consult. The reason to talk with me is to understand what you have gotten yourself into - and that is important - but I would ask that you please start with others as my work with AFLDS keeps me extraordinarily busy this week.

As I keep emphasizing, and as will become clearer to you each day, the organization is flailing because: first the Board acted improperly, then the Board acted worse, and then Sally failed to stop the flailing. I am a broken record but I'll say it again. You must remove Joey Gilbert from the Board and pause any illegitimate pretense of Joey in a COO position. It is a complete mystery why Sally has failed to take this most basic step. This is harming the organization.

I have enormous obligations to AFLDS this week (every week really.) On Wednesday AFLDS will be starting an adversarial process vs. the MBC (Medical Board of California) after almost nine months of preparation. On Friday I give the keynote speech to a highly influential donor audience. I speak before another large audience on Saturday. As I don't "dial it in" but I write new speeches, I cannot do anything else this week.

I ==will continue to serve very effectively for AFLDS until or unless I choose not to==. At the moment I do not have time to deal with the drama that came from Joey's poor ethics, multiplied by the Board illegitimately naming him COO, and multiplied <u>exponentially</u> by your firm's failure to halt the damage.

No matter the reason, I have critical work to do this week and any other priority will have to wait.

In the meanwhile, millions of Americans would appreciate if you stop the hijacking of the fine organization that I built. The organization was in **excellent** shape until the Board illegitimately named Joey COO, the Board refused to pause that when given evidence of the harm, and Sally permitted the hijacking to continue. The latter is the worst of the three harms, by far. I have a sterling reputation which was ignored by Sally - to everyone's detriment. It's really such a shame.

Simone Gold, MD, JD
Founder
**America's Frontline Doctors**
The Trusted Name for Independent Information

@DrSimoneGold
DrGold@AFLDS.org
**AmericasFrontlineDoctors.org**

On Oct 10, 2022, at 12:30 PM, Kellye Fabian Story <kellye@wagenmakerlaw.com> wrote:

Dear Simone,

I am following up on Sally's emails below and would like to set up a couple times for us to talk. There is a great deal of information (emails and other documents) that I need to get through so I'd like to take two steps:

> 1) set up an initial 30-minute video call for us this Wednesday if that works for you in order for me to get an understanding of the most pressing issues from your perspective; and

> 2) set up a longer video call (probably 2 hours or so) next week to dive deeper into specifics.

Could you please let me know what time Wednesday might work for you? I'm available any time between 11:30 a.m. and 4 p.m. central time.


Sincerely,
Kellye


—

**KELLYE FABIAN STORY** | Attorney at Law
Wagenmaker & Oberly, LLC   | *Trusted Advisors to Nonprofits*
312-626-1600


**CONFIDENTIALITY NOTICE:** This email and any attachments are confidential and may constitute PR V LEGED ATTORNEY/CL ENT information  f you believe that it has been sent to you in error  please reply to the sender that you received the message in error  Then delete it  Thank You

**From:** Sally R Wagenmaker <sally@wagenmakerlaw.com>
**Date:** Friday, October 7, 2022 at 6:24 PM
**To:** Simone Gold, MD, JD <drgold@aflds.org>
**Cc:** Paul Z Winters <paul@wagenmakerlaw.com>, Kellye Fabian Story <kellye@wagenmakerlaw.com>
**Subject:** Re: Your Allegations Against Joey Gilbert/AFLDS; Next Steps

Simone,

Thanks for your two recent emails. I will review your detailed email below in due course,

and Kellye or I will follow up with you early next week to schedule a time to speak together.  In the meantime, please note that my recommendations below are not conditioned on any terms for compliance as you have indicated below. You have raised very significant and extensive allegations, as substantially added to below, and such matters take time to address properly and in light of related legal considerations.  I hope you will understand.

Kindly,
Sally

---

S A L L Y   W A G E N M A K E R  | Attorney at Law  | 312-626-1600
Wagenmaker & Oberly, LLC   |  *Trusted Advisors to Nonprofits*

**CONFIDENTIALITY NOTICE:**  This email and any attachments are confidential and may constitute PR V LEGED ATTORNEY/CL ENT information   f you believe that it has been sent to you in error  please reply to the sender that you received the message in error  Then delete it  Thank You

---

**From:** Simone Gold, MD, JD <drgold@aflds.org>
**Date:** Friday, October 7, 2022 at 12:55 AM
**To:** Sally R Wagenmaker <sally@wagenmakerlaw.com>
**Cc:** Paul Z Winters <paul@wagenmakerlaw.com>, Kellye Fabian Story <kellye@wagenmakerlaw.com>
**Subject:** Re: Your Allegations Against Joey Gilbert/AFLDS; Next Steps

Ty Sally. Your email raised three issues.

First, you should know that I have always been personally in touch with my large donors regularly, including since my release from prison. That is ongoing and will continue as the trust the donors place in me is the reason AFLDS exists. Each large donor has an ongoing verbal contract with me from when I was Chairman of the Board, that they and I would *always* be exactly aligned as to how their money would be spent. I also highly value my small donors and communicate with them regularly through twitter and other social media. The tens of thousands of small donors also relied upon all the public evidence of my leadership of AFLDS. Several of the large donors are concerned about their funds. I would be surprised if you don't start hearing from them. They are all aware that their monies, which they donated for specific reasons I promised to guard, are at risk. I know for certain that there is no large donor that donated for any reason *other* than me. It's highly personal to them. In addition, as part of my ongoing fundraising work for AFLDS, I communicate periodically with several important prospects, people who intend large gifts. And the same is true for the small donors, who send me letters by the thousands. The letters are personal to me. Not AFLDS. Me. As part of your due diligence you

should contact the donors so you are crystal clear on this fact that it's not an abstract nonprofit donation, the money and devotion are very specifically directed to me. I have a fiduciary obligation to donors - as does the Board.

Second is your query about public commentary from me or Joey about each other. If you knew me the way I wish you did, you would know that I would never disparage anyone behind their back, so there is no concern regarding that. But it is entirely up to Joey - and you - if I speak about him publicly. The possibility of my commenting publicly about Joey is extinguished as soon as you confirm to me in writing that Joey has already been relieved of any actual working authority or appearance of authority. I trust that your failure to have already confirmed this to me is a simple oversight on your part, as you surely have days ago taken this standard step. Obviously it would be very confusing if Joey continued to present himself internally and externally with the appearance of authority while these issues are being investigated.

Furthermore, I hope you don't misunderstand how important this is to me, because of the nature of Joey's "job", which was to be my surrogate speaker. This position is highly personal to me and it is irrelevant to me if anyone else understands or agrees. My reputation is *mine* to protect. I know for certain that Joey is unethical and my brand is ethics, so he cannot publicly speak in any way that implies my implicit endorsement. Joey does not have a behind the scenes desk job. His job was to publicly speak for me when I could not. As I will not tolerate any confusion on the matter, you must take charge of the issue or I will. Let us not fake pretend that AFLDS ≠ Dr. Gold. There is no separating us publicly. Therefore he cannot speak for AFLDS publicly as that would be my implicit endorsement of him - which is a breach of ethics for me. Know that I will not bend an inch on this - nor should you expect me to.

I have no interest in publicly maligning Joey - that is not who I am - but I will aggressively defend my own reputation - and him appearing to have my support is harmful to my reputation. I'm willing to be silent publicly on Joey once you confirm he's paused from even the appearance of authority within/out the organization.

Third, removing Joey from organizational work is critical, because Joey is uniquely positioned to harm the organization itself. For example, I set a very intentional process of hiring, specifically selecting for mission-driven people, and part of that process was bringing on people who would work for free or low paid. Joey threw my highly intentional approach out the window for himself and his assistant. These two facts by themselves are corrupt and that corruption is very harmful for the organization, no matter the reason, which also happened to be unethical, as he had no authority to pay himself more or his assistant more.

Until Joey put his hand in the cookie jar, until Joey paid his personal assistant double and attempted to leapfrog her over the Communications Director, until Joey tried to fire our outstanding Social Media Director who grew me from zero to half a million followers, until Joey tried to sideline our Executive Director, AFLDS workers knew AFLDS was the most ethical

organization they ever encountered. *His throwing my high ethical standards to the wind must be stopped at once.* You must ensure that the AFLDS team is all made aware that he is on hiatus during your investigation, so that processes can normalize. If you ensure this, I will also refrain from any public commentary about Joey. This must be announced at the Monday Leadership meeting. It can be a simple brief announcement, likely the most appropriate person is General Counsel or he can delegate. The only other step is that Joey has to make sure he does not use my name/likeness etc. at any public events.

Relatedly, I ask that there is no delay on your confirming my terms. As I have (already) permanently revoked his permission to speak for me, your investigative process is entirely irrelevant to the fact that he must not appear to be speaking for me both outside the organization and he must be relieved of any appearance of authority within the organization. If I don't get written confirmation of this by Friday 5 pm, I am not sure what I will do. I love AFLDS and I want the best for her, and I will have to decide if it's better to be silent or public if Joey is still public-facing. That's a rock and a hard place for me.

But most important of all, your email has conflated Joey's unpaid Board seat and his paid work. That is a glaring omission - and you should know that it is causing me to doubt the stated intention. Your first order of business is to reassure me that Joey has been removed from the Board. It is fine to do an investigation but Joey's departure from the Board does not depend upon that.

As I will not work with Joey Gilbert on the Board, all the Board needs to decide is if my presence or absence is better for the nonprofit. This is not a serious question of course. You can watch any of Joey's speeches for the answer; you can talk to the fundraiser for the answer; you can talk to the large donors for the answer, you can talk to the social media director for the answer, you can talk to the intaking mail center that is still opening the tens of thousands of letters that are still pouring in, you can talk to the accountant to find out if we are fiscally healthy. Not even Joey and all the Board members can retreat from their public praise as the proof is too overwhelming. I am, ironically, a victim of my success. Joey has become covetous of the millions of people and millions of dollars - neither of which he has earned. Removing a member from the Board when the Founder and Visionary and Rainmaker has lost faith and trust in that member is hardly rocket science. The Board is shirking its duty because it doesn't want to do it - two grown men are hiding behind you - and they need to stop it.

Although I was particularly detailed about why I cannot work with Joey - I think my desire for transparency ended up confusing people. At the end of the day, it seems folks are losing sight of the reality that it is wholly irrelevant if Joey is a saint or a sinner. The fact that I challenge *everyone* who was lying or misleading (the hospitals, the doctors, the lawyers, the politicians, the media, the pharmacists, the government etc.) is why AFLDS is successful. I have raised millions, intend to raise millions more, and have incredible ideas for 2023; I have built a great organization and shattered so many records; and I am telling you that there's this one person in

the organization whose ethics are intolerable to me. Exactly how is this complicated? And exactly how is this a surprise that I feel so strongly about ethics?! This is who I am and this is exactly what people want from me.

It is your job to make sure the Board members immediately do their duty. Either we continue our awesome growth trajectory or implode in a public and painful death. The only reason they haven't done their duty yet, best I can tell, is the bromance between the boys and/or inexperience with such matters and/or no adult in the room requiring them to do something they don't want to do. You must be that adult.

Joey's failure to resign when the Founder (whom he has repeatedly publicly stated is the magic) told him it was necessary for the best interest of the nonprofit, is just one more example of his ethically challenged character. Neither Jurgen or Mack would ever do that if I had told them they were standing in the way of my being productive. It demonstrates that Joey does not even care about the welfare of AFLDS. Board members are there to humbly serve. Joey is the type of person who will not relinquish power easily and the Board's tiptoeing is improper. His removal from the Board is not negotiable. I am highly concerned that you have conflated his two positions - I well know how talented you are Sally - George and others sing your praises. I'm telling you the two remaining Board members need your expert guidance to do something they don't want to do that is personally unpleasant. Well I find this whole thing unpleasant too! But AFLDS comes first.

Are you willing to advise them (against all evidence - money, people, ideas) that the organization is better off without me? As you cannot credibly say that, then you are required to advise the Board to immediately do its duty and act in the organization's best interest which is to vote him off or accept his resignation. This is distracting me from my work. His paid work is a different story. That can be decided with an investigation so all people are satisfied that the process was fair. This is certainly not required and it hasn't been done for any other worker who had to leave but it's not unreasonable. But first the Board seat must be relinquished as I find it highly suspect that this has not already happened. If you want me to believe that you and the Board are serving the organization, then **I must see proof that you and the Board are serving the organization**. Only then I will know we are on the same team.


So, here are my terms to comply with your request that I: "please refrain from sharing this information with others.  On a related note, and in response to some of your recent emails, I strongly recommend that you do not ask donors to refrain from donating to AFLDS, disparage Joey to donors or others, or share any information about this investigation with donors or otherwise."

**By Friday 5 pm PT please confirm in writing that**:

1. Joey Gilbert has been instructed not to present himself with the appearance of authority to speak for AFLDS or me. This includes public speeches, interviews etc.

2. General Counsel( or he can designate to another Leadership person) to announce on Monday's Leadership call that Joey Gilbert is on hiatus. As no one reports in/out to Joey and he does no actual day to day work for the organization, this has absolutely no effect on the organization itself, but because Joey has _presented himself to the workers as though he has more authority than he does_, this is required.

3. You have either received Joey's resignation or the two remaining Board members have voted to remove Joey. I want to be very clear so you know that Joey's resignation or removal is the **only** thing that will prove to me that the Board is fighting for the same thing I am: the best for AFLDS. Should I **not** learn of Joey's removal by Friday 5 pm, I will know for certain that Jurgen and Mack do not have AFLDS' best interest in their hearts. Then I will have to decide my next steps as I won't continue like this. My time is too valuable to go around in circles on the very straightforward issue of my own Board making it possible for us to continue to be effective. I give you my word I would never do/say anything without alerting/discussing with you or your team. And that I don't have any time to ponder anything at the moment anyway. For example, this week in addition to dealing with this, I had to travel, it was the Jewish High Holidays and I met with two donors and I had to prep vs. MBC. All next week I have a critical issue to work on vs. the Medical Board of California and I have two keynote speeches to give and two donor meetings plus travel. So you need to understand my perspective Sally: due to their inaction and lack of care for me, I no longer believe this Board cares about AFLDS. All three men appear to be prioritizing either their own self-interest (Joey) or reducing their own personal discomfort (Jurgen, Mack.) I work myself to the bone for AFLDS, there are extraordinary results to show for my work, and my Board doesn't know what to do? Please. I simply don't need or want this. Joey's removal needs to occur by Friday 5 pm.

And lastly, come on. I play on #TeamReality not #TeamLunacy. Everyone has to stop pretending this is complicated. I am the Rainmaker and I don't have faith in him. It's over. Should Joey have the organization's best interest at heart, he will do his duty. If he does not, the Board must. If they do not, they have spoken and I have heard them.

Ty

> On Oct 6, 2022, at 4:11 PM, Sally R Wagenmaker <sally@wagenmakerlaw.com> wrote:

Dear Simone,

I am in receipt of your correspondence and related emails raising significant allegations of misconduct against Joey Gilbert, seeking his removal from AFLDS, and seeking to regain your director role with AFLDS.  Please be assured that the AFLDS board and its legal counsel are addressing such serious matters with all due consideration and appropriate urgency, in accordance with applicable legal parameters and best practices.  In particular, and upon my legal advice, the non-conflicted directors of the board have authorized my law firm to commence an investigation of such matters.

As part of such investigation, I would like to speak with you in order to gain more understanding and information about this matter.  Accordingly, I am copying my attorney colleague Kellye Fabian Story, who is extremely experienced with such matters and will be assisting here. Our legal team will proceed methodically with our investigation and in due time.

As one of our first steps, we would like to meet with you via videoconference.  Please let Kellye and me know a few times that would work well for you, next week or the following week.

Please note too that we consider this investigation confidential at this point, as part of AFLDS's board governance.  Accordingly, please refrain from sharing this information with others.  On a related note, and in response to some of your recent emails, I strongly recommend that you do not ask donors to refrain from donating to AFLDS, disparage Joey to donors or others, or share any information about this investigation with donors or otherwise.  All such actions would be in violation of your own fiduciary responsibilities owed in connection with your AFLDS leadership and could otherwise be legally problematic.  Kellye and I can share further about such matters during our upcoming discussion together.

Thank you for your consideration of this matter, and I look forward to hearing back from you.

Sincerely,

**S A L L Y   W A G E N M A K E R**  |  Attorney at Law  | 312-626-1600
Wagenmaker & Oberly, LLC   |  *Trusted Advisors to Nonprofits*

**CONFIDENTIALITY NOTICE:**  This email and any attachments are confidential and may constitute PR V LEGED ATTORNEY/CL ENT information   f you believe that it has been sent to you in error  please reply to the sender that you received the message in error  Then delete it  Thank You