

FOR IMMEDIATE RELEASE

**Dr. Simone Gold Reaffirms Her Leadership Role at America's Frontline Doctors (AFLDS) and Announces Organizational Reform and Future Initiatives**

November 3, 2022

*Dr. Simone Gold, Prominent Doctor, Lawyer, Founder of AFLDS and Challenger of the Covid Narrative, Presents Board Investigation and Review of Internal Safeguards to Ensure the Fiscal Health of AFLDS Going Forward*

Tucson, ARIZONA – recently returning from a hyper-partisan political incarceration, Dr. Simone Gold reaffirmed her leadership role as Founder, President, and Board Chairman of America's Frontline Doctors (AFLDS) at the company meeting this week. Due to the hostile environment that AFLDS was operating in because of Gold's persistent challenges to the government's coronavirus propaganda, in the Spring of this year Gold discussed with her fellow Board members the possibility of her transitioning away from the Board in the best interest of the organization. Those discussions were never legally actualized, however, with Gold nevertheless admirably performing her professional obligations despite organizational assurances to her remaining unfulfilled, amidst increasing government and media opposition.

For months, as Gold worked through her numerous personal and professional challenges and subsequent imprisonment, the following scripture was one of two that sustained her - Joshua 1:9 "Have I not commanded you? Be strong and courageous. Do not be afraid, do not be discouraged, for the Lord your God is with you wherever you go."

Although Gold continues to rely on most of her management team to continue the day-to-day operations of AFLDS as she returns to resume her role as Board Chairman, Gold regrettably announced today that Joseph Gilbert, Esq., a board member as well as a paid consultant at AFLDS for some time, was being investigated for directing inappropriate expenditures, hirings, and firings for his personal benefit. Gold stated: "It is with great sadness that I must announce that Mr. Gilbert has repeatedly acted unethically, exhibiting a clear pattern of inappropriate and damaging behavior…including numerous instances of self-dealing and threats made to employees of financial retaliation and termination if they failed to comply with his demands…AFLDS will not tolerate corruption, nor allow a culture of fear and bullying." An internal audit and investigation are currently underway to review financial records and board actions taken while Gold was indisposed in prison.

Despite so many strenuous circumstances, Gold is excited to fully reengage with her team and thanks them all for their strength, perseverance, and most of all their commitment to righteousness. Gold would also like to thank her family, donors, and the public that have supported her throughout this difficult time.

Dr. Gold intends to share new plans for visionary efforts at AFLDS over the next several months, including its mission to expose CDC and FDA corruption and "Drain the Science Swamp."

###

**About AFLDS**

*America's Frontline Doctors is the nation's independent authority on ethical and transparent standards in science, health, and human rights. We provide individuals with unbiased and accurate information from the world's top experts in medicine and law so you can be empowered with facts to protect your rights, take care of your health, and safeguard your future.* AFLDS.org

**Media Contact** Lisa Alexander, Communications Director | Media@AFLDS.org