

November 3, 2022

Lauren Bradford
3860 20th Ave SE
Naples FL 34117

Re: Suspension of Employment

Dear Ms. Bradford,

Thank you for your past service to AFLDS. It has come to my attention that you have failed to comply with explicit instructions regarding communications with Mr. Gilbert, and explicit instructions to report directly to the Executive Director Lisa Andrzejewski and obtain her approval of any of your AFLDS actions or communications. Effective immediately, you are suspended without pay pending an internal investigation, and we will contact you within the next week to schedule further discussions about your future with AFLDS.

Please be advised, you (and any entity you manage or own) no longer have authorization to act on behalf of AFLDS in any capacity, nor present yourself to anyone as a representative of AFLDS in any way. Furthermore, you no longer have authorization to use, send, post, share, or otherwise access any AFLDS content, materials, or any other property belonging to AFLDS, and any further actions presuming such authority will be prosecuted to fullest extent of the law.

Sincerely,

*Simone Gold, MD, JD*

Dr. Simone Gold
President and Board Chairman
Free Speech Foundation

Copyright © 2022 • America's Frontline Doctors, an initiative of Free Speech Foundation • AFLDS.org