UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FREE SPEECH FOUNDATION, INC. )
d/b/a AMERICA'S FRONTLINE )
DOCTORS, an Arizona nonprofit )
corporation, and JOSEPH GILBERT, )
)
      Plaintiffs, )   Case No. 2-22-cv-00714
)
v. )
)
SIMONE GOLD, )
)
      Defendant. )

## PLAINTIFFS' NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiffs, Free Speech Foundation, Inc. d/b/a America's Frontline Doctors, an Arizona nonprofit corporation, and Joseph Gilbert ("AFLDS"), pursuant to Local Rule 2.02(a), hereby designate Joshua D. Lerner, Esq. as lead counsel in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served by mail to Simone Gold, 808 Myrtle Terrace, Naples, FL 34103.

/s/ *Joshua D. Lerner*
Joshua D. Lerner
Florida Bar No. 455067
E-mail: jlerner@rumberger.com,
docketingmiami@rumberger.com,
and jlernersecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida  33130
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

Samantha D. Duke
Florida Bar No. 091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

*Attorneys for Plaintiffs*