Lerner, Josh

| | |
|---|---|
| **From:** | Simone Gold, MD, JD <drgold@aflds.org> |
| **Sent:** | Sunday, May 22, 2022 11:59 AM |
| **To:** | Adam Fulton; Lauren Bradford |
| **Subject:** | Am I listed as Chairman for AFLDS? |

Will one of you follow up on what was reported to me? The person who reported this may be wrong/incomplete. But if we are wrong, we should correct. This is from the pre-sentencing report for my Jan 6 case. Also please lmk if we have completed the move to Florida, tyvm.

> The Free Speech Foundation did not appear to have a website. According to www.bizpedia.com, the Free Speech Foundation is a nonprofit corporation in Tucson, Arizona. The company is approximately two years old, and defendant Gold is listed as the Chief Executive Officer and Chairman of the Board of Directors.
>
> Defendant Gold's historical employment history is related to her e[ducation and she did not] provide any additional employment history.

**drsimonegold** 5:07 PM   Reply   ✕

AFLDS is a dba of FSF. I am not the Chairman of the Board - have not been on the Board for many months. I am not sure why this is incorrect. I will send an email to the general counsel of AFLDS.

@                                          Post

Simone Gold, MD, JD
Founder
**America's Frontline Doctors**
The Trusted Name for Independent Information

@DrSimoneGold
DrGold@AFLDS.org
**AmericasFrontlineDoctors.org**

1