Arizona Corporation Commission - RECEIVED: 10/31/2022
Arizona Corporation Commission - FILED: 10/31/2022

22103105500347

# 2022 ANNUAL REPORT

## ENTITY INFORMATION

| | |
|---|---|
| ENTITY NAME: | FREE SPEECH FOUNDATION |
| ENTITY ID: | 23099519 |
| ENTITY TYPE: | Domestic Nonprofit Corporation |
| CHARACTER OF BUSINESS: | Any legal purpose |
| AUTHORIZED SHARES: | |
| ISSUED SHARES: | |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| STATUTORY AGENT NAME: | Dr. Simone Gold |
| PHYSICAL ADDRESS: | 1645 W. Valencia Road, 107-193, TUCSON, AZ 85746 |
| MAILING ADDRESS: | |

## KNOWN PLACE OF BUSINESS

Att: Dr. Simone Gold, 1645 W Valencia Rd., #109-193, TUCSON, AZ 85746

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

CEO (Chief Executive Officer): Simone Gold - Dr. Simone Gold, 1645 W Valencia Rd., #109-193, TUCSON, AZ, 85746, USA - simonegold7@gmail.com - Date of Taking Office: 09/08/2020

Chairman of the Board of Directors: Simone Gold - Dr. Simone Gold, 1645 W Valencia Rd., #109-193, TUCSON, AZ, 85746, USA - simonegold7@gmail.com - Date of Taking Office: 06/20/2020

Director: Joey Gilbert - 405 Marsh Avenue, Reno, NV, 89509, USA - joey@aflds.org - Date of Taking Office:

Officer: Ms. Lisa Andrzejewski - 1645 W Valencia Rd., #109-193, TUCSON, AZ, 85746, USA - Lisa.andrzejewski@gmail.com - Date of Taking Office: 05/01/2022

Secretary: Joey Gilbert - 405 Marsh Avenue, RENO, NV, 89509, USA - Joey@aflds.org - Date of Taking Office:

## SIGNATURE

Chairman of the Board of Directors: Simone Gold - 10/31/2022