

November 7, 2022

To: All AFLDS Team Members

Re: Memorandum of Confirmed Leadership and Terminated Persons

Dear Team,

Thank you, again, for your steadfast performance in maintaining your AFLDS responsibilities during this challenging time. Consistent with my previous warnings, rumors and illegitimate communications are continuing to occur. I want to prepare you to handle these unfortunate and illegitage attacks with factual information, clear instructions, and a clear messaging plan. As the original and currently still legitimate Chairman and President of Free Speech Foundation and AFLDS, I am confirming the following facts and directives, which are indisputable and not optional:

1. Mr. Gilbert has been recused from his role on the Board of Directors pending an internal investigation to review documented allegations filed against him. <u>To reiterate</u>: he has absolutely no authority to communicate with anyone working or volunteering at AFLDS for *any* purpose related to AFLDS. **<u>IGNORE ANY CALLS/EMAILS/TEXTS/etc. from this person</u>**. *Please immediately screenshot and save/archive any such communications*, and provide them to Lisa Andrzejewski without delay; then proceed as normal without any consideration of their content. Further, Mr. Gilbert has no authority to act or speak on behalf of the organization to anyone. He has been advised that any further actions or statements that presume any such authority are explicity unauthorized and will immediately subject him to legal action. Furthermore, his position as Director of Strategy has been terminated, effective Nov 3, 2022. He has no active position at AFLDS whatsoever, period.

2. Dr. Chase Bradford, and Ms. Lauren Bradford, have been suspended from their AFLDS positions, effective Nov 3, 2022. They have absolutely no authority to communicate with anyone working or volunteering at AFLDS for *any* purpose related to AFLDS. **<u>IGNORE ANY CALLS/EMAILS/TEXTS/etc. from these persons</u>**. *Please immediately screenshot and save/archive any such communications*, and provide them to Lisa Andrzejewski without delay; then proceed as normal without any consideration of their content. Further, Dr. Bradford and Ms. Bradford have no authority to act or speak on behalf of the organization to anyone. They have been advised that any further actions or statements that presume any such authority are explicity unauthorized and will immediately subject them to legal action. *Any AFLDS persons who previously reported to Ms. Bradford, please report directly to the Executive Director Lisa Andrzejewski*.

Copyright © 2022 • America's Frontline Doctors, an initiative of Free Speech Foundation • AFLDS.org



3. Andrea Wexelblatt, Travis Ebarb, Vem Miller, and Studio 17 have all been terminated from their AFLDS engagements, effective Nov 3, 2022. They have absolutely no authority to communicate with anyone working or volunteering at AFLDS for *any* purpose related to AFLDS. <u>**IGNORE ANY CALLS/EMAILS/TEXTS/etc. from these persons**</u>. *Please immediately screenshot and save/archive any such communications*, and provide them to Lisa Andrzejewski without delay; then proceed as normal without any consideration of their content. Further, they have no authority to act or speak on behalf of the organization to anyone. They have been advised that any further actions or statements that presume any such authority are explicity unauthorized and will immediately subject them to legal action.

4. <u>To reiterate</u>, Board members do not have the role or responsibility of directing routine operations or managing personnel; this is overseen by the executive chain of command within the organization, starting with the top position, which is President of FSF and AFLDS, and that is myself. The second highest position is Executive Director, and that is Lisa Andrzejewski. <u>PLEASE REMEMBER</u>, all department directors must report directly to President Dr. Gold and/or Executive Director Lisa Andrzejewski regarding any actionable items or decisions, without exception. **No orders, or meetings, are valid without clear approval from the President and/or Executive Director**. If anyone feels an order, an action, or a suggestion from anyone in the organization is unauthorized or in conflict with the directives issued by the President and the Executive Director, you must first report this concern to the Executive Director immediately before proceeding, to clarify the correct authorization.

5. *The most import part of this letter*: many of you have asked what you can do when you see or hear untruths. First, you must recognize propaganda in real time. Page 86 of my book teaches you exactly how to do that and you must do that now. Once you identify propaganda, you fight it with confidence, and with clarity. In this case, those speaking slander are trying to convince you to disbelieve something you know experientially: that you and I have worked together tirelessly for years in constant pursuit of facts over fear and courage over confusion. You don't need to get tangled up in arguments defending yourself or Dr. Gold or AFLDS against slanderous accusations; our track record, *your* track record, speaks for itself. Every action taken by myself and the organization, whether financial, legal, or operational, has been documented and guided by legal counsel; this will all be reviewed and confirmed at the proper time, in the proper manner. For anyone asking you about these recent defamations, simply <u>*refer them back to our Nov. 3 press release*</u>, and remind them that Dr. Gold and AFLDS have been under constant attack from the beginning; of course the slander is going to continue! They threw me in prison trying to silence me and as that clearly didn't work, we can expect the accusations and censorship to come again with even more intensity. In fact, discord is occurring in many, perhaps all, freedom groups across the nation right now. That is why it's so important to stay strong and consistent with our approach to responding, and with our steady march forward to carry out our mission. Remember, they're not after me; they're after you, and I'm just in their way.

Copyright © 2022 • America's Frontline Doctors, an initiative of Free Speech Foundation • AFLDS.org



I understand the recent improprieties, and resulting confusion, has been very stressful for everyone; I am deeply grieved for this hardship being placed on you, and I want to encourage you all to remain strong, joyful, and confident in the knowledge that AFLDS remains completely committed to truth, transparency, and the highest standard of ethical behavior. God's word reminds us in Iasaih 54:17,

"No weapon forged against you will prevail, and you will refute every tongue that accuses you. This is the heritage of the servants of the Lord, and this is their vindication from me," declares the Lord."

And one of my favorite scriptures, Exodus 50:20, gives us this amazing encouragement:

"You intended to harm me, but God intended it all for good. He brought me to this position so I could save the lives of many people."

The entire leadership team at AFLDS appreciates your vigilance in supporting the organization's values and total compliance with the law as AFLDS continues to carry out its critical mission—which is only made possible by your continued courage and perseverance. We, and the American people, are deeply grateful.

Sincerely,

*Simone Gold, MD, JD*

Dr. Simone Gold
President and Board Chairman
Free Speech Foundation

Copyright © 2022 • America's Frontline Doctors, an initiative of Free Speech Foundation • AFLDS.org