

# THE LAW OFFICES OF CURTIS W. WALLACE
A PROFESSIONAL CORPORATION

November 7, 2022

Via Email joey@joeygilbertlaw.com

Mr. Joey Gilbert
America's Frontline Doctors

Re:  Gloves Off with Joey Gilbert

Dear Mr. Gilbert,

I am counsel to American Media Periscope, Inc. ("AMP") and John Michael Chambers. It has come to our attention that Ms. Lisa Andrzejewski, through her counsel, has made allegations of financial improprieties concerning transactions involving you and America's Frontline Doctors. Please note that AMP and Mr. Chambers make no judgment about the veracity of Ms. Andrzejewski's allegations. We believe that you should focus on resolving the allegations and wish you the best in doing so.

However, until such time as the allegations are resolved and AMP is no longer at risk, AMP will pause your show, Gloves Off with Joey Gilbert. Please keep AMP apprised of any developments regarding the allegations.

As to the equipment owned by AMP that is in your possession, you may either return it to AMP or retain it while this matter is resolved. If you do decide to retain the equipment, understand that it must be returned upon request by AMP.

Respectfully submitted,

Curtis W. Wallace
Counsel to AMP


cc:  John Michael Chambers

1527 West State Highway 114, Suite 500, Grapevine, Texas 76051  Tel: 682-230-0209  Fax: 682-292-1093
Web: www.curtiswallacelaw.com  Email: curtis@curtiswallace.net