**From:** Shannon Prater <preshag@sbcglobal.net>
**Date:** November 7, 2022 at 9:05:31 AM PST
**To:** andrea@joeygilbert.com
**Cc:** joey@joeygilbert.com
**Subject: Resignation Letter 11/7/2022**

To Whom it May Concern:

I am writing to inform you, effective today, November 7, 2022, that I am stepping down as client services manager and billing/donation coordinator due to the infighting and accusations of misappropriation of AFLDS donation funds. I joined this mission in May 2021 as a volunteer putting in 30 hours a week to help organize, sort, and answer AFLDS client services emails. I was brought on part-time and then full-time in August 2021 first as a client services rep and then as the client services manager. At the time there was a purpose and a mission for AFLDS, for example, Covid 19 education, telemedicine referral services, legal services and referrals, citizen corp, talk of in-person health and wellness center, etc. there was a clear and distinct mission for fighting medical tyranny, fighting for civil rights and Covid 19 education. Fast forward to Oct 2022. There hasn't been a clear mission or strategy communicated to me since the downsizing and mass exodus in March 2022. I keep asking what's our purpose and our mission with no clear answer. The things the American people need and are asking for in the client services emails are as follows:

1. Telemedicine services/sick care/refills
2. Doctor referrals
3. Medical exemptions
4. Medical Guidance
5. Lawyer referrals
6. Donation cancellations

I don't feel that at this point we are providing any of those services, except I am able to help people cancel their donations.

Due to the accusations of mishandled funds, and the rumors of bullying and threats of termination, I no longer in good conscience can be associated with this organization. We have been pitted against each other and have been indirectly asked to pick a side. I have lost trust in the whole organization and don't know who to trust or believe. Maybe there was wrongdoing on both sides. The hard-working people at AFLDS have been kept in the dark about people being terminated and who are in leadership positions, not to mention the rumors of leadership positions being paid absurd amounts of money for salaries. I will be the first to admit that since I lost my client services team in March 20022 and no longer act in a management role, I do not feel I deserve the amount of pay I am getting each month from AFLDS.

We are supposed to be helping the American people fight back against tyranny and standing up for civil rights. Instead, we are fighting amongst ourselves and our leadership.

At the end of the day, I only answer to God and ultimately Jesus. I have to follow my conscience and when I lay my head on the pillow at night to sleep, I have to know I am in God's will. I cannot do that working for what has become of AFLDS. I pray the truth comes to the surface and exposes the darkness.

Blessings and farewell,

Shannon Prater
Follower of Jesus Christ

Shannon L Prater

"I know the plans I have for you", declares the Lord, "plans to prosper you and not to harm you, plans to give you hope and a future." Jeremiah 29:11