

November 2, 2022

To All AFLDS Team Members

Re: Memorandum of Proper Leadership

Dear Team,

Thank you for your steadfast performance in maintaining your AFLDS responsibilities during this challenging time. As I warned in my previous letter of notice, rumors and improper suggestions have already begun to appear, so as the original and currently still legitimate Chairman and President of Free Speech Foundation and AFLDS, I am going to set the record straight for everyone, such that there will be absolutely no confusion or deviation.

First, Mr. Gilbert has been recused from his role on the Board of Directors pending an internal investigation to review documented allegations filed against him. Effective immediately, he has absolutely no authority to communicate directives or instructions of any kind to anyone working or volunteering at AFLDS. Further, he has no authority to act or speak on behalf of the organization to anyone. He has been advised that any further actions or statements that presume any such authority are explicity unauthorized and will immediately subject him to legal action. Additionally, his position as Director of Strategy has no actual oversight or authority over any department or persons within AFLDS, and this position is also under review pending the internal investigation.

Second, Board members do not have the role or responsibility of directing routine operations or managing personnel; this is overseen by the executive chain of command within the organization, starting with the top position, which is President of FSF and AFLDS, and that is myself. The second highest position is Executive Director, and that is Lisa Andrzejewski. Effective immediately, all department directors must report directly to President Dr. Gold and Executive Director Lisa Andrzejewski regarding any actionable items or decisions, without exception. **No orders are valid without clear approval from the President and Executive Director**. If anyone feels an order, an action, or a suggestion from anyone in the organization is unauthorized or in conflict with the directives issued by the President and the Executive Director, you must first report this concern to the Executive Director immediately before proceeding, to clarify the correct authorization.

We appreciate your vigilance in supporting the highest ethical standards and total compliance with the law as AFLDS continues to carry out its critical mission.

Sincerely,

*Simone Gold, MD, JD*

Dr. Simone Gold
President and Board Chairman
Free Speech Foundation

Copyright © 2022 • America's Frontline Doctors, an initiative of Free Speech Foundation • AFLDS.org