## Re: Banking

Troy Brewer, CPA <troy@aflds.org>
Sun 10/16/2022 8:20 AM

To: Lauren Bradford <laurenbradford@aflds.org>
Cc: Adam Fulton <afulton@jfnvlaw.com>;Joey Gilbert, Esq <joey@aflds.org>

I cannot transfer the funds out of the chase account. I've tried for a while, phone calls to the bank etc. Dr. Gold has the only permission. All 6 million is in Security Bank. I am the only person that can access those funds. We have 1.3 million in our Caging account. Me and Matt I believe, am the only ones to access It. I closed Lisa and Dr Golds credit cards with Security Bank. There are no debits. Headed to church, be back after lunch

Thanks Troy

Get Outlook for iOS

---

**From:** Lauren Bradford <laurenbradford@aflds.org>
**Sent:** Saturday, October 15, 2022 6:58:10 PM
**To:** Troy Brewer, CPA <troy@aflds.org>
**Cc:** Adam Fulton <afulton@jfnvlaw.com>; Joey Gilbert, Esq <joey@aflds.org>
**Subject:** Banking

Hi Troy,

Where do we stand on transferring the funds? Are you able to change / secure all passwords so that no one unauthorized can access any of the accounts?