

November 7, 2022

Evan Landau
121 Covington Cove
Georgetown TX 78628

Re: Termination of Services

Dear Mr. Landau,

Thank you for your past service to AFLDS. The organization is moving in a different direction, and those services are no longer required. Effective immediately, any and all professional engagement with AFLDS is now terminated.

Please be advised, you (and any entity you manage or own) no longer have authorization to act on behalf of AFLDS in any capacity, nor present yourself to anyone as a representative of AFLDS in any way. Furthermore, you no longer have authorization to use, send, post, share, or otherwise access any AFLDS content, materials, or any other property belonging to AFLDS, and any further actions presuming such authority will be prosecuted to fullest extent of the law. This includes any social media profiles affiliated with AFLDS, such as The Actual Factual; please provide those credentials to AFLDS Social Media Director Michael Coudrey. If you currently have possession of any physical AFLDS property, please make arrangements without delay to return it to AJ Andrzejewski.

Sincerely,

*Simone Gold, MD, JD*

Dr. Simone Gold
President and Board Chairman
Free Speech Foundation