UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREE SPEECH FOUNDATION,
INC. and JOSEPH GILBERT, an
Arizona nonprofit corporation,

    Plaintiffs,

v.                              Case No.:   2:22-cv-714-SPC-NPM

SIMONE GOLD,

    Defendant,
_____/

## DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 18, 2022 HEARING

COMES NOW, Defendant, Simone Gold ("Dr. Gold"), by and through undersigned counsel, and hereby moves this Court for an order permitting Dr. Gold's counsel[1] to appear by telephone or video for the status conference scheduled on November 18, 2022 at 10:30 a.m.

A one-time scheduling conflict necessitates this Motion. All of Dr. Gold's counsel has preexisting travel arrangements to Dickinson Wright PLLC's annual business meetings in Austin, Texas from November 17, 2022 to November 20, 2022,

---

[1] Two additional attorneys, Bradley A. Burns, Esq. and Amanda E. Newman, Esq., from Dickinson Wright PLLC will file Motions for Special Admission to the Middle District of Florida for this case, because they are both out-of-state counsel. However, they will also be attending Dickinson Wright PLLC's annual business meeting in Austin, Texas on November 18, 2022 and attending the hearing in person would present a burden by forcing them to miss the event.

with the primary activities taking place on November 18, 2022, the same day as the status conference. All flights and hotel accommodations are paid for at this time.

Dr. Gold is making this request in good faith and without any intent to delay these proceedings.

Accordingly, for all the foregoing reasons, Dr. Gold respectfully requests that this Court issue an Order granting this request to attend the November 18, 2022 hearing via telephone or video, whichever the Court prefers.

### Local Rule 3.01(g) Certification

I conferred with the opposing party on November 11, 2022 and am authorized to represent the opposing party does not oppose the relief requested in this Motion.

Dated:  November 11, 2022

        Respectfully submitted,

        **DICKINSON WRIGHT PLLC**
        *Attorneys for Defendant Simone Gold*
        350 E. Las Olas Boulevard, Suite 1750
        Fort Lauderdale, Florida 33301
        Telephone: (954) 991-5453
        Facsimile:  (844) 670-6009

        */s/ Angelina M .Gonzalez*
        Angelina M. Gonzalez, Esq.
        Florida Bar No. 98063
        E-Mail: agonzalez@dickinson-wright.com
        E-Mail: gwade@dickinson-wright.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Joshua D. Lerner, Esq.
Rumberger, Kirk, & Caldwell, P.A.
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, FL 33130
Telephone: (305) 358-5577
jlerner@rumberger.com
sduke@rumberger.com
jlernersecy@rumberger.com
docketingmiami@rumberger.com

Samantha D. Duke, Esq.
Rumberger, Kirk, & Caldwell, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
sduke@rumberger.com

(VIA CM/ECF)

                                             */s/ Angelina M. Gonzalez, Esq.*
                                             Angelina M. Gonzalez, Esq.
                                             Florida Bar No.: 98063