# VERIFIED RETURN OF SERVICE

Job # FM31174

**Client Info:**

Jorge Estarellas
4215 SW 143RD AVENUE
Miami, FL 33175

**Case Info:**

**PLAINTIFF:**
FREE SPEECH FOUNDATION, INC., D/B/A AMERICA'S FRONTLINE DOCTORS, INC., AN ARIZONA NONPROFIT CORPORATION, AND JOSEPH GILBERT
 -versus-
**DEFENDANT:**
SIMONE GOLD

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **2:22-cv-00714-SPC-NPM**

**Service Info:**

Received by Mathew L. Ross: on November, 7th 2022 at **11:27 PM**
Service: I Served **SIMONE GOLD**
With: **SUMMONS IN A CIVIL ACTION, CIVIL ACTION ORDER, PLAINTIFFS NOTICE OF LEAD COUNSEL DESIGNATION, VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES WITH EXHIBITS**
by leaving with **SIMONE GOLD, INDIVIDUALLY**

At Residence 808 MYRTLE TERRACE NAPLES, FL 34103
On **11/8/2022** at **11:34 AM**
Manner of Service: **INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:** (Approx)

Age: **48**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **160**, Hair: **Red** Glasses: **No**

**Service was Attempted on:**

(1) **11/8/2022** at **11:32 AM**, by **Mathew L. Ross** Loc: **808 Myrtle Terrace, Naples, FL 34103**

I **Mathew L. Ross** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Mathew L. Ross**
Lic # **207495**

**Jorge Estarellas**
4215 SW 143RD AVENUE
Miami, FL 33175

Client # FREE SPEECH FOUNDATION VS SIMONE GOLD
Job # FM31174

 

1 of 1

Case 2:22-cv-00714-SPC-NPM Document 14 Filed 11/03/22 Page 1 of 2 PageID 52
Case 2:22-cv-00714-SPC-NPM Document 15 Filed 11/04/22 Page 1 of 2 PageID 56
DATE: 11/8/2022 TIME: 11:34 AM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FREE SPEECH FOUNDATION, INC. d/b/a AMERICA'S FRONTLINE DOCTORS, INC., an Arizona nonprofit corporation, and JOSEPH GILBERT )
*Plaintiff* )
v. )  Civil Action No. 2:22-cv-00714-SPC-NPM
SIMONE GOLD )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: **SIMONE GOLD**
**808 Myrtle Terrace**
**Naples, FL 34103**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua D. Lerner
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Samantha D. Duke
RUMBERGER KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 7, 2022

Jordan Keeler
*Signature of Clerk or Deputy Clerk*