UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FREE SPEECH FOUNDATION, INC. )
d/b/a AMERICA'S FRONTLINE )
DOCTORS, INC., an Arizona )
nonprofit )
corporation, and JOSEPH GILBERT, )
)
      Plaintiffs, )  Case No. 22-CV-00714
)
)
  v. )
)
)
SIMONE GOLD, )
)
      Defendant. )
)

## MOTION FOR SPECIAL ADMISSION

Sally Wagenmaker, Esquire, moves for special admission to represent Plaintiffs Free Speech Foundation, Inc. d/b/a America's Frontline Doctors ("AFLDS") and Joseph Gilbert in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Northern District of Illinois.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in state or federal court in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Sally Wagenmaker*
Sally Wagenmaker
*Pro Hac Vice Pending*

*/s/ Joshua D. Lerner*
Joshua D. Lerner, Esquire
*Attorney for Plaintiffs*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of November 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**SIGNATURE ON FOLLOWING PAGE**

/s/ *Joshua D. Lerner*
Joshua D. Lerner
Florida Bar No. 455067
E-mail: jlerner@rumberger.com,
docketingmiami@rumberger.com,
and jlernersecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Samantha D. Duke
Florida Bar No. 091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

*Attorneys for Plaintiffs*

## SERVICE LIST

Angelina M. Gonzalez, Esq.
Florida Bar No. 9700 64
Dickinson Wright PLLC
350 East Las Olas Blvd., Suite 1750
Fort Lauderdale, FL 33301
Email: agonzalez@dickinson-wright.com
gwade@dickinson-wright.com