# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREE SPEECH FOUNDATION,
INC. and JOSEPH GILBERT, an
Arizona nonprofit corporation,

    Plaintiffs,

v.                                                                        Case No.: 2:22-cv-714-SPC-NPM

SIMONE GOLD,

    Defendant.
_____/

**DECLARATION OF DR. SIMONE GOLD**

Dr. Simone Gold, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

    1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

    2.    I make this Declaration in support of my Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion"), filed in the above-captioned action. All exhibits attached to the Motion and this Declaration are true and correct copies of the documents depicted.

1

3. I am the Founder, President, and Chairman of the Board of Directors (the "Board") of the Free Speech Foundation, Inc. d/b/a America's Frontline Doctors, Inc. ("AFLDS"). I acknowledge that parts of my role with AFLDS are disputed by others.

4. Regardless of my formal title, I have actively led and operated AFLDS as an organization since founding it more than 2 years ago, including day-to-day operations, except for a 48-day period where I was jailed on a misdemeanor trespassing conviction. During that time, as planned, the Executive Director led the organization. I resumed leading and operating AFLDS after my release.

5. ALFDS is incorporated in Arizona. I incorporated AFLDS in Arizona because, at the time, I was considering moving to Arizona. Instead, I moved to Florida on or about December 23, 2021. Since that time, I have led and carried out AFLDS's operations from Florida.

6. I am a citizen of the State of Florida.

7. One of the mailing addresses used by AFLDS is 1645 West Valencia Ste. #109-193, in Tucson, Arizona. That is not an AFLDS office or facility—it is a mailbox at a UPS Store retail location. This mailbox is AFLDS's only physical presence in Arizona. No AFLDS employee physically checks the mail in Arizona—it is automatically forwarded to me in Florida. There is very little mail—the Arizona address is rarely used and does not appear on AFLDS's website.

8. AFLDS does not have any business operations or employees in Arizona.

9. AFLDS's operations are based in Naples, Florida.

10. AFLDS's decision to move its headquarters and operation to Naples, Florida was made by me, but it was approved by the AFLDS Board of Directors, including Plaintiff Joseph Gilbert (as well other AFLDS executives and board members, including Richard Mack, Jurgen Matthesius, Amy Landau, and General Counsel Thomas Gennaro).

11. AFLDS registered with the Secretary of State of Florida to do business in Florida, to allow the headquarters move.

12. AFLDS purchased or leased three pieces of real property in Naples, Florida that, together, are considered a campus by me and other AFLDS workers.

13. AFLDS has its headquarters on Myrtle Road in Naples, Florida (the "Headquarters House"). Frequent meetings are held at the Headquarters House, for senior employees and directors, and vital fundraising and media functions are conducted from that property. I reside at the property and do most of my work for AFLDS from there.

14. The Headquarters House is a vital fundraising and events tool, and I have helped raise millions of dollars for AFLDS while using the Headquarters House. I am the primary promoter of AFLDS to assist with fundraising efforts.

15. AFLDS also leases a house to be a dedicated workplace in Naples, Florida. It is located at 799 104th Avenue North, Naples, Florida, and it is where officers and directors frequently make decisions, and where many workers conduct their day-today work. It is referred to, within AFLDS, as the "Team House."

16. Day-to-day operations of AFLDS are run from both the Headquarters House and the Team House, and decisions that direct and control AFLDS are made at both locations.

17. One of AFLDS's most significant business operations is the creation of media content and videos, mostly consisting of educational and advocacy content, at high volume. AFLDS rents a studio apartment for that purpose, which is located at 843 Unit B, 102 Avenue North, Naples, Florida.

18. AFLDS has approximately 15 workers in Naples, Florida, and they frequently use the Naples campus properties as workplaces.

19. AFLDS maintains a mailbox in Naples, Florida, at 8805 Tamiami Drive #139, Naples, Florida.

20. No AFLDS meetings are held in Arizona; no decisions are made there. No employees or officers are located there. Only a single alleged member of the board of directors may, coincidentally, live in Arizona.

21. AFLDS and its Board of Directors participated in, and consented to, the purchase of the Headquarters house. On or about January 3, 2022, the purchase of

the Headquarters House by AFLDS (through its wholly-owned subsidiary Naples Freedom Headquarters, LLC) closed.

22. Around the same time, the Board of Directors approved the lease of the Team House property in Naples, Florida located at 799 104th Ave N, Naples, FL 34108.

23. Joseph Gilbert knew of, and approved, the purchase of the Headquarters House and the lease of the Team House. Gilbert was personally involved in the months-long purchase process.

24. On January 4, 2022, AFLDS publicly announced it had moved its headquarters to Naples, Florida.[1]

25. AFLDS owns the Headquarters House through a wholly-owned subsidiary, Naples Freedom Headquarters, LLC, a Florida company. I do not personally own the Headquarters House, nor have I ever owned it. AFLDS and Joseph Gilbert knew of and approved of AFLDS purchasing the Headquarters House through Naples Freedom Headquarters, LLC.

26. Naples Freedom Headquarters LLC was formed by AFLDS's General Counsel Thomas Gennaro. The purchase of the Headquarters House was arranged and supervised by Thomas Gennaro, the then-General Counsel of AFLDS (and a

---

[1] *See* Motion Exhibit 4, *available at* https://aflds.org/about-us/press-releases/americas-frontline-doctors-announces-move-to-the-freedom-state-of-florida.

college fraternity brother of Joseph Gilbert, and used an email address from Mr. Gilbert's law offices (Thomas@joeygilbertlaw.com)), and participants in the process included at least three other attorneys working for AFLDS (Plaintiff Joseph Gilbert, Royce Hood, and Michael Gentzle), as well as other AFLDS staff including the Financial Director and Director of Security. The purchaser's address on the Deed for the Headquarters House was Plaintiff Joseph Gilbert's law firm address in Reno Nevada. All payments for the Headquarters House were arranged by AFLDS treasurer Troy Brewer, CPA.

27. Naples Freedom Headquarters LLC owns the vehicles discussed in the Complaint; they are used for AFLDS business purposes, including traveling for my frequent speaking engagements.

28. The majority of AFLDS senior workers live in or around Naples, Florida and frequently work from both the Headquarters House and the Team House, including myself (President), Dr. Chase Bradford (Assistant Legal Director), Lauren Bradford (Legal Director), AJ Andrzejewski (Director of Security), Lisa Andrzejewski (Executive Director), John Strand (Creative Director), Frank Addelia (Director of Photography), Vicky Richter (Photographer), Amanda Schlief (Photographer), Hannah Oakes (Production Assistant), Kristy Morrell (Nutrition Director), Dr. Chris Rake (consulting doctor and media talent), Betsey Addelia (volunteer), Sarah Denis (Operations Director), Raf Denis (Assistant Director of Security), and Rafael Rolim (Information Technology Director.) Many of these

6

individuals moved to the Naples, Florida area <u>specifically because</u> AFLDS's campus and headquarters were established there.

    29.    Besides Naples, Florida, there is no other single place where AFLDS workers meet and congregate.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated this 18th day of November 2022.

                                                    *Simone Gold*
                              _____
                                                      SIMONE GOLD