# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

FREE SPEECH FOUNDATION,
INC., d/b/a AMERICAS
FRONTLINE DOCTORS, an
Arizona nonprofit corporation, and
JOSEPH GILBERT,

    Plaintiffs,
v.                                  Case No.: 2:22-cv-714-SPC-NPM

SIMONE GOLD,

    Defendant.
_____/

**DECLARATION OF LISA ANDRZEJEWSKI**

I, Lisa Andrzejewski, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am an employee of Free Speech Foundation, Inc. d/b/a America's Frontline Doctors, Inc. ("AFLDS").  Since August 2021

3. I have worked at AFLDS since March 2022 in the position of Executive Director.

4. I understand that the "principal place of business" of AFLDS is at issue in litigation. As discussed below, the vast bulk of AFLDS's business operations are located in a corporate campus in Naples, Florida.

5. AFLDS's campus includes a rental property in Naples, Florida, located at 799 104th Ave N, Naples, FL 24108. This house is called the "Team House" and is used for meetings, fundraising, a team working environment, and other company functions. I have worked in this house on numerous occasions.

6. AFLDS's campus also includes the headquarters property in Naples, Florida, located at 808 Myrtle Ter, Naples, FL 34108. This property is sometimes called the Naples Freedom Headquarters, and it is used by directors and officers of AFLDS and other employees. I have worked in this house on numerous occasions.

7. AFLDS produces a significant amount of media content, including videos. AFLDS rents a commercial studio located at 843 unit B, 102 Ave. N. , Naples, Florida, 34108. The studio is used by AFLDS employees for media production.

8. I frequently work alongside many other AFLDS Directors and employees at the Headquarters location as well as at the Team House or at other parts of the AFLDS campus in Naples, Florida. It is the primary place that AFLDS employees meet and work.

9. I moved to the Naples, Florida area because AFLDS's campus—my workplace—is located there.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated this _17__ day of November 2022.

                                                 *Lisa A*
Lisa Andrzejewski (Nov 17, 2022 15:44 EST)

                                                        Lisa Andrzejewski