# EXHIBIT 4

11/17/22, 10:40 PM
America's Frontline Doctors Announces Move to The Freedom State of Florida - America's Frontline Doctors

Case 2:22-cv-00714-SPC-NPM   Document 24-4   Filed 11/18/22   Page 2 of 3 PageID 229

**Who We Are**   **Mission Statement**   **Issue Briefs**   **Volunteer/Careers**   **Civil Liberties**

# Press Releases



## America's Frontline Doctors Announces Move to The Freedom State of Florida

January 4, 2022

*Independent Medical Information Non-Profit Relocates From Crumbling California To Find Freedom To Thrive*

NAPLES, Fla. — America's Frontline Doctors (AFLDS) made the decision to move their headquarters and primary base of operations to the United States of Florida, as it is clearly the nation's best example of ensuring that citizens' Constitutionally guaranteed rights remain protected. Within Florida, Naples is an epicenter for the modern-day freedom movement.

When asked how she selected Naples Florida, Founder and President Dr. Simone Gold said "We considered two states, Texas and Florida, but quickly decided upon Florida. And even within the free state of Florida, Naples is very evidently a vibrant community of freedom and liberty."

Naples is located on the southwest coast of Florida and typically attracts Midwesterners, as opposed to the east coast of Florida which more commonly attracts New England and Tristate residents. Because of this, the citizens exude a strong sense of "can-do" attitude and deep patriotism that was sorely tested starting in 2020. Naples stood tall. Many businesses openly defied local public health "mandates" regarding masks. In response to lockdowns, many patriot groups grew much larger and more vocal.

In addition to a Governor that supports freedom and prosperity, the Florida Surgeon General is an original America's Frontline Doctor, standing with Dr. Gold on the steps of the Supreme Court when AFLDS spoke truthfully to the world. Dr. Joseph Ladapo extended a warm welcome to Dr. Gold and AFLDS on behalf of the Free State of Florida.

Because AFLDS is a virtual organization with volunteers and staff located across the country, it can be challenging to accomplish certain tasks and having a proper headquarters campus will be instrumental in facilitating increased growth and success. IT Director Drew Kachurak said: "I look forward to being able to meet and work efficiently more often in person which will make many tasks much easier."

Security Director AJ Andrzejewski said: "We will be rotating through different departments on a weekly basis, holding in-person meetings for the Medical team, Legal team, Creative team, and Citizen Corps team. This will increase our efficiency and our productivity."

11/17/22, 10:40 AM		America's Frontline Doctors Announces Move to The Freedom State of Florida - America's Frontline Doctors

Case 2:22-cv-00714-SPC-NPM   Document 24-4   Filed 11/18/22   Page 3 of 3 PageID 230

Several AFLDS Directors and other team members have decided to move to Naples as well. Gold shared: "So far there are nine people who have moved here and I can't wait for more to join us."

AFLDS says "Thank you, Governor DeSantis!"