# EXHIBIT 9

# E&P Properties LLC

**Josue Espinosa & Alisa Pavlick**
Mobile: 813-389-3142 or 352-284-0859
E-mail: josh.espinosa@me.com; alisapavlick@gmail.com
Post Office Box 110085, Naples FL 34108

IT IS AGREED AS FOLLOWS:

TENANT(S): Amy Landau as authorized representative for Free Speech Foundation, Inc. and Amy Landau as herself.

RENTED PREMISES: An unfurnished apartment located on:
843 102nd Ave North, Unit B, Naples FL 34108 with all appurtenances and furnishings thereon.

SECTION ONE - RENT: Tenant agrees to pay lessor rent, payable to JOSUE ESPINOSA. Tenant shall use the lessor's Bank of America Account # ███████████ to deposit monthly rent. Account number will also be provided with Welcome Letter. In the alternative, Tenant may mail rent to Josue Espinosa at P.O. Box 110085, Naples FL 34108 or such place that lessor may designate, without demand.

RENT: $3,000 per month.

SECTION TWO - TERM: This lease shall begin on March 1, 2022 and ends on September 30, 2022.

SECTION THREE - QUIET ENJOYMENT: Lessor covenants that on paying the rent and performing the covenants herein contained, tenant shall peacefully and quietly have, hold and enjoy the rented premises for the agreed term.

SECTION FOUR - USE OF THE PREMISES: The rented premises shall be used and occupied by tenant exclusively as a private single family residence and neither the premises nor any part thereof shall be used at any time during the term of this lease by tenant for the purpose of carrying on any business, profession, or trade of any kind, or for any purpose other than as a private single family residence. Tenant shall comply with all sanitary laws, ordinances, rules and order of appropriate governmental authorities or homeowner associations affecting the cleanliness, occupancy and preservation and appearance of the rented premises, and sidewalks and yards connected thereto, during the term of this lease.

SECTION FIVE - NUMBER OF OCCUPANTS: Tenant agrees that the rented premises shall be occupied by no more than (1) persons, consisting of (1) adults, without written consent of lessor.

SECTION SIX - CONDITION OF PREMISES: Tenant stipulates that he has examined the rented premises including but not limited to the grounds, interior and exterior paint, all building improvements and appliances at the time of this lease and that they are in good order, safe, clean and tenantable condition.

1

SECTION SEVEN - ASSIGNMENT AND SUBLETTING: Without the prior written consent of lessor, tenant shall not assign this lease or sublet or grant any concession or license to use the premises to or any part thereon. A consent by lessor to one assignment, subletting, concession or license shall not be deemed to be a consent to any subsequent assignment, subletting, concession or license without the prior written consent of lessor. Any attempt by tenant or by operation of law to assign, sublet or grant any concession or license to use the premises or any part thereon shall at lessor's option, terminate this lease.

SECTION EIGHT - ALTERATIONS AND IMPROVEMENTS: Tenant shall make no alterations to the building on the demised premises or construct any building or make other improvements on the rented premises without the prior written consent of lessor. All alterations, changes, window coverings, wallpaper and improvements built, constructed or placed on the rented premises, by tenant with the exception of fixtures removable without damage to the premises and movable personal property, shall, unless provided by written agreement between lessor and tenant, be the property of the lessor and remain on the rented premises the expiration or sooner termination of this lease.

SECTION NINE - DAMAGE TO PREMISES: If the rented premises, or any part thereon shall be partially damaged by fire or other casualty not due to tenant's negligence or willful act or that of his employee, family, agent or visitor to the premises, shall be promptly repaired by lessor. There shall be an abatement of rent or reasonable portion thereof corresponding with the time during which and to the extent to which, the leased premises may have been rendered un-tenantable. If the leased premises are damaged other than by tenant's negligence or willful act or that of his employee, family, agent, or visitor to the extent the lessor shall decide not to rebuild or repair, the term of this lease shall end and the rent shall be prorated up to the time of damage.

SECTION TEN - DANGEROUS MATERIALS: Tenant shall not keep or have on the leased premises any article or thing of dangerous, inflammable or explosive character that might unreasonably increase the danger of fire on the leased premises or that might be considered hazardous, or extra hazardous by any responsible insurance company.

SECTION ELEVEN - UTILITIES: Tenant shall be responsible for paying all utilities.

SECTION TWELVE - MAINTENANCE AND REPAIR: Tenant shall at his sole expense, keep and maintain the leased premises and all appurtenances in good and sanitary condition and repair during the term of this lease and any extensions or renewals thereof, including but not limited to the cleaning or unstopping of any drains or sewer lines and the regular cleaning or changing of air conditioning filters.

SECTION THIRTEEN - SECURITY DEPOSIT: On execution of this lease, tenant deposits with lessor, the below indicated sum, as security for the faithful performance by tenant of the terms hereof. This security deposit cannot be used by tenant as rent.

Security deposit: $6,000

2

SECTION FOURTEEN - RIGHT OF INSPECTION: Lessor and his agents shall have the right at all reasonable times during the term of this lease and any extension or renewal thereof to enter the rented premises for the purpose of inspecting the premises and all building and improvements thereon.

SECTION FIFTEEN - DISPLAY OF SIGNS: During the last thirty (30) days of this lease, lessor or his agent shall have the privilege of displaying the usual "FOR SALE" or "FOR RENT" or "VACANCY" signs on the leased premises and the of showing the property to prospective purchasers or tenants.

SECTION SIXTEEN - SUBORDINATION OF LEASE: This lease and tenant's leasehold interest hereunder are and shall be subject, subordinate, and inferior to any liens or encumbrances now or hereafter placed on the rented premises, by lessor, all advances made under any such liens or encumbrances, or the interest payable on any such liens or encumbrances, and any and all renewals of extensions of such liens or encumbrances.

SECTION SEVENTEEN - HOLDOVER BY TENANT: Should tenant remain in possession of the rented premises with the consent of lessor after the natural expiration of the fixed term of this lease, it shall convert to a month to month lease, which shall be subject to all the terms and conditions hereof but shall be terminable on thirty (30) days written notice served by either lessor or tenant on the other party. The rent however, shall be at the then stated month- to- month rate plus sales tax if applicable.

SECTION EIGHTEEN - SURRENDER OF PREMISES: At the expiration of this lease term, tenant shall quit and surrender the premises hereby rented in as good state and condition as they were at the commencement of this lease, reasonable use and wear thereof excepted. Repainting, cleaning, cleaning the carpets, changing the a/c filter and replacing the light bulbs shall not be considered reasonable use and wear.

SECTION NINETEEN - CLEANING UPON TERMINATION: At the end of lease resident shall leave the premises clean. Resident shall remove of all personal property. Resident shall repair all damage, including that caused by moving. Resident shall vacate premise by the end of final day of contract.

A $300 cleaning fee will be charged for any items not properly cleaned including, but not limited to, Stove, Refrigerator, Microwave, Dishwasher, Washer and Dryer, Sinks, Toilets, Tubs, Closets, Cabinets, Fans, Floors, Blinds, and any other general items.

You are expected to change the Air filters as needed, or at least, every two months. If failure to do so causes a service request, a $200 service fee will be charged.

Additional items (if applicable): All carpets must be professionally cleaned or charge of $175.00.

SECTION TWENTY - DEFAULT: If any default is made in the payment of rent, or any part thereof, or if any default is made in the performance of compliance with any other term or condition hereof, the lease, at the option of lessor, shall terminate and be forfeited, and the lessor may re-enter the rented premises and remove all persons therefrom.

3

SECTION TWENTY ONE - COST AND FEES: The following fees and cost are agreed to, which shall be payable by tenant in addition to rent when requested by lessor. Late fee -$50.00 (this shall be assessed if the rent is not received by the 7th of each month), returned check fee -$20.00, preparation or service of "3-day notice" -$50.00, preparation or filing of an eviction suite -$200.00, and the actual fees charged by the Clerk of the Court and the Sheriff for the filing and service of an eviction suite and reasonable attorney's fees.

SECTION TWENTY TWO - RULES AND REGULATIONS: If there are any condominium or homeowner's association rules, regulation or otherwise covering the use or occupancy of the property being leased or common areas, the tenant agrees to abide by them. The tenant agrees to pay to the lessor any fee, fine, assessment or otherwise imposed by the condominium or homeowner's association because of the violation of any rule, regulation or otherwise by the tenants or the tenant's family or the tenant's guest.

SECTION TWENTY THREE - ABANDONMENT: If at any time during the term of this lease tenant abandons the leased premises or any part thereof, lessor may at his option enter the rented premises by an means without being liable therefor, and without becoming liable to tenant for damages or for the payment of any kind whatever, and may at his discretion, as agent for tenant, re rent the rented premises, or any part thereof, for the whole or any part of the unexpired term and may receive and collect all rent payable by virtue of such re renting and at lessor's option hold tenant liable for any difference between their rent that would have been payable under the lease during the balance of the unexpired term, if the lease had continued in force and the net rent for such period realized by lessor by means of such re renting. If Lessor right of re-entry is exercised following abandonment of the premises, by tenant, then lessor may consider any personal property belonging to tenant and left on the premises to also have been abandoned in which case lessor may dispose of all such personal property in any manner lessor shall deem proper and is be hereby relieved any and all liability for doing so.

By signing this rental agreement, the tenant agrees that upon surrender or abandonment, as defined by the Florida Statues, the landlord shall not be liable or responsibility for storage or disposition of the tenant's personal property.

SECTION TWENTY FOUR - The Florida Radon Protection Act requires the following mandatory disclosure on all sales and lease contracts:
"Radon Gas: Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities may present a health risk to persons who are exposed to it over time. Levels or radon gas that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your County Public Health Unit"

SECTION TWENTY FIVE - SMOKE DETECTORS, LOCKS AND KEYS: Tenant is responsible for the installation, maintenance and repair of any and all smoke detectors, locks and keys.

SECTION TWENTY SIX - BINDING EFFECT: The covenants and conditions contained herein shall apply to and bind the heir, legal representative and assigns of the parties hereto and all covenants are to construed to be conditions of this lease. Venue of all disputes arising under this lease shall be Collier County Florida. All reference to the singular also where appropriate includes the plural. All references to the masculine also where appropriate includes the feminine.

4

SECTION TWENTY SEVEN - PETS: Pets are not allowed, except __0__.
If a pet is identified as an exception, the tenants represent the pet is not aggressive, has never bitten or attacked any person or object and has never been the subject of a law suit, claim or insurance claim of any type. Tenant further agrees that, if landlord in his sole discretion, request any pet or pets be removed from the leased premises tenant will do so promptly.

SECTION TWENTY EIGHT - OPTION TO TERMINATE: Either party may terminate this lease by giving at least thirty (30) days written, text or email notice to the other party. Security deposit money will be returned or landlord may make a claim upon security deposit in accordance with Florida Statutes 83.49.

SECTION TWENTY NINE – ZONING AND LAND USE: Tenant accepts the Premises subject to all local, state and federal laws, regulations and ordinances ("Laws"). Landlord makes no representation or warranty that Premises are now or in the future will be suitable for Tenant's use. Tenant has made its own investigation regarding all applicable Laws.

BY SIGNING THIS RENTAL AGREEMENT, THE TENANT AGREES THAT UPON SURRENDER OR ABANDONMENT, AS DEFINED BY CHAPTER 83, FLORIDA STATUTES, THE LANDLORD SHALL NOT BE LIABLE OR RESPONSIBLE FOR STORAGE OR DISPOSITION OF THE TENANT'S PERSONAL PROPERTY.

In witness whereof, the parties have executed this lease at Naples Florida on the dates indicated below

Subject to approval and the home being ready.

Accepted by:

Lessor Name: Josue Espinosa

Lessor Signature: _____

Date: __3/1/22__

Lessor Name: Alisa Pavlick

Lessor Signature: _____

Date: __3/1/2022__

Tenant Name #1: Free Speech Foundation, Inc.
Authorized Representative signature: Amy Landau

Tenant Signature: _____

Date: __2.23.22__

Tenant Name #2: __Amy Landau__

Tenant Signature: _____

Date: __2.23.22__

5