# EXHIBIT 10

# Exhibit 10

Intentionally omitted privileged document. To be filed under seal.