UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

FREE SPEECH FOUNDATION,
INC. d/b/a AMERICA'S
FRONTLINE DOCTORS, an
Arizona nonprofit corporation,
and JOSEPH GILBERT,

    Plaintiffs,

v.                                Case No.:  2:22-cv-714-SPC-NPM

SIMONE GOLD,

    Defendant.
_____/

**DEFENDANT SIMONE GOLD'S REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS**

1

Pursuant to Local Rule 3.01(h), Defendant Dr. Simone Gold ("Gold") hereby requests oral argument on her concurrently filed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1). Gold believes that 30-60 minutes total, depending on the Court's preference, is necessary for argument on the motion.

Dated: November 18, 2022

    Respectfully submitted,

    /s/ Angelina M. Gonzalez
    Angelina M. Gonzalez, Esq.
    Florida Bar No. 98063
    **DICKINSON WRIGHT PLLC**
    350 East Las Olas Blvd., Suite 1750
    Fort Lauderdale, FL 33301
    Tel: (954) 303-9233
    Fax: (844) 670-6009
    Email: agonzalez@dickinson-wright.com

    Bradley A. Burns, Esq.
    Arizona Bar No. 030508 (admitted *pro hac vice*)
    Amanda E. Newman, Esq.
    Arizona Bar No. 032462 (admitted *pro hac vice*)
    **DICKINSON WRIGHT PLLC**
    1850 N. Central Ave., Suite 1400
    Tel: (602) 285-5000
    Fax: (844) 670-6009
    Email: bburns@dickinsonwright.com
    Email: anewman@dickinsonwright.com
    *Attorneys for Defendant Simone Gold*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Dismiss* was served using CM/ECF system on November 18, 2022, on all counsel or parties of record on the service list below.

## SERVICE LIST

Joshua D. Lerner
Florida Bar No. 455067
E-mail: jlerner@rumberger.com
Email: docketingmiami@rumberger.com
Email: jlernersecy@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell City Tower, Suite 3000 80 S.W. 8th Street
Miami, Florida 33130
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

Samantha D. Duke
Florida Bar No. 091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801) Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

*Attorneys for Plaintiffs*

                                 */s/ Angelina M. Gonzalez*
                                 Angelina M. Gonzalez, Esq.
                                 Florida Bar No. 98063

4862-2851-7694 v7 [104205-1]