EXHIBIT A

EXHIBIT A

# BYLAWS OF

# FREE SPEECH FOUNDATION

(an Arizona nonprofit corporation)

## I. REFERENCES TO ARTICLES OF INCORPORATION & SENIORITY

1.1. References to Articles. Any reference herein made to the Corporation's articles of incorporation will be deemed to refer to its articles of incorporation and all amendments thereto (collectively, the "Articles").

1.2. Seniority. The Articles and the mandatory provisions of the Arizona Revised Statutes will in all respects be considered senior and superior to these bylaws, with any inconsistency to be resolved in favor of the Articles and such legal provisions, and with these bylaws to be deemed automatically amended from time to time to eliminate any such inconsistency that may then exist.

## II. CORPORATE OFFICES

2.1. Principal Office. The principal office of the Corporation in the State of Arizona shall be as set forth in the Articles. The Corporation may have such other offices, either within or without the State of Arizona, as the Board of Directors may designate or as the business of the Corporation may require from time to time.

2.2. Change Thereof. The Board of Directors may change the Corporation's known place of business from time to time by amending the Articles or filing the necessary paperwork with the Arizona Corporation Commission.

## III. ADMINISTRATION

The affairs of the Corporation shall be administered by the Board of Directors.

## IV. DIRECTORS

4.1. Board of Directors. The Board of Directors shall consist of a minimum of one (1) and a maximum of nine (9) members, as determined from time to time by the Directors, who shall be at least 18 years of age but who need not be residents of the State of Arizona.

4.2. Election and Term of Directors. The members of the Board of Directors shall hold office for a term of two (2) years, except that the terms of the initial Directors shall be of such duration to ensure that the terms of Directors are staggered so that approximately one-third of the terms expire each year. A Director may be reelected for any number of terms. At the annual meeting of the Board of Directors in which the term of any of the Directors is to expire, the Directors then in office shall elect successors for the Directors whose terms are expiring. Each Director shall hold office until his or her successor has been elected and qualified, or until his or

her death, resignation or removal. The Board of Directors shall have general powers to manage and direct the activities of the Corporation.

4.3. <u>Meetings</u>. Subject to Section 4.7 below, meetings of the Board of Directors may be held whenever and wherever called for by the Executive Director or the number of Directors that would be required to constitute a quorum. At all meetings of the Board of Directors, the Chairman (if any), or in his or her absence the next highest officer, shall preside.

4.4. <u>Action by Directors Without a Meeting</u>. Any action that may be taken by vote at a meeting of the Board of Directors or a committee of the Board of Directors may be taken without a meeting if the action is evidenced by one or more written consents describing the action taken, signed by each Director or committee member, and delivered for inclusion in the minutes or for filing with the corporate records. Action taken under this Section 4.4 is effective when all Directors or committee members have signed the consent, unless the consent specifies a different effective date. Such consent has the same force and effect as a unanimous vote of the Directors or committee members and may be stated as such in any document.

4.5. <u>Meetings by Telephone Conference</u>. Any member of the Board of Directors or a committee thereof may participate in any meeting of the Board of Directors or such committee by means of a conference telephone or similar communication equipment whereby all Directors participating in such meeting can hear one another.

4.6. <u>Notices</u>. Written notice of the time and place (but not necessarily the purpose or all of the purposes) of any other meeting will be given to each Director in person or via mail, electronic mail or facsimile addressed to him or her at his or her latest physical address, electronic mail address, or facsimile number appearing on the Corporation's records. Attendance of a Director at any meeting will automatically evidence his or her waiver of notice of such meeting (and any adjournment thereof) unless he or she is attending the meeting for the express purpose of objecting to the transaction of business because the meeting has not been properly noticed.

4.7. <u>Quorum</u>. A quorum for the transaction of business at any meeting or adjourned meeting of the Board of Directors will consist of a majority of those then in office.

4.8. <u>Voting</u>. Any matter submitted to a meeting of the Board of Directors will be resolved by a majority of the votes cast thereon. Each Director present shall have one vote. Unless otherwise required by law, the vote of a majority of the Directors present at the time of the vote, if a quorum is present at such time, shall be the act of the Board of Directors.

4.9. <u>Committees</u>. The Board of Directors, from time to time, by resolution adopted by a majority of the entire Board of Directors, may designate from among its members an executive committee and such other committees, each consisting of two (2) or more directors, and vest such committees with such powers as the Board of Directors may include in its resolution; provided, however, that such committees shall serve at the pleasure of the Board of Directors and shall be restricted in their authority as follows. A committee shall not have the power or authority to: (a) amend, restate, alter or repeal the Articles of Incorporation of the Corporation; (b) amend, alter or repeal these or any other bylaws of the Corporation; (c) elect, appoint or remove any

member of any such committee or any Officer or Director of the Corporation; (d) adopt a plan of merger or consolidation with any other corporation or entity; (e) authorize the sale, lease, exchange or mortgage of all or substantially all of the property and assets of the Corporation; (f) authorize the voluntary dissolution of the Corporation or revoke any proceedings for the voluntary dissolution of the Corporation; (g) adopt any plan for the distribution of the assets of the Corporation; (h) amend, alter or repeal any resolution of the Board of Directors which by its terms does not expressly provide that it may be amended, altered or repealed by such committee; or (i) take any other action prohibited by law. All committees of the Board of Directors shall keep regular minutes of their respective transactions and shall report their actions to the Board of Directors at the meeting of the Board of Directors next following such actions.

4.10. <u>Presumption of Assent</u>. A Director of the Corporation who is present at a meeting of the Board of Directors or a committee of the Board of Directors at which action on any corporate matter is taken shall be presumed to have assented to the action taken unless he or she objects at the beginning of such meeting.

4.11. <u>Compensation</u>. No compensation shall be paid to Directors, as such, for their services, but by resolution of the Board of Directors payment or reimbursement of expenses for actual attendance at each regular or special meeting of the Board of Directors, or for insurance coverage benefitting the Directors, may be authorized. Nothing herein contained shall be construed to preclude any Director from serving the Corporation in any other capacity and receiving compensation therefor or for being reimbursed for expenses in connection therewith.

4.12. <u>Resignation and Removal</u>. A Director may resign at any time by giving written notice in the manner prescribed in Section 7.1. Any Director may be removed at any time, with or without cause, by a vote of two-thirds of the Directors then in office. The removal of a person from the Board of Directors does not automatically prevent the same person from serving as an Officer.

## V. OFFICERS GENERALLY

5.1. <u>Elections and Appointments</u>. The Board of Directors shall elect or appoint a Executive Director. A person elected or appointed to any office will continue to hold that office until such Officer resigns pursuant to Section 7.1 or is removed pursuant to Section 5.2. Any two or more offices may be held by the same person.

5.2. <u>Removal; Delegation of Duties</u>. All Officers that are elected or appointed shall hold office at the pleasure of the Board of Directors, and any Officer elected or appointed by the Board of Directors may be removed with or without cause by a majority vote of the Board of Directors. In the event of the death, resignation or removal of an Officer, the Board of Directors in its discretion may elect or appoint a successor to fill the unexpired term.

5.3. <u>Salaries</u>. The salaries, if any, of all Officers shall be fixed by the Board of Directors from time to time; provided, however, that compensation shall be paid only for personal services that are reasonable and necessary to carry out the charitable purposes of the Corporation and shall not be excessive; and provided further that no compensation shall be paid to any government

official, as defined in Section 4946(c) of the Internal Revenue Code of 1986, as amended, or corresponding provisions of any subsequent federal tax laws. The following guidelines shall be followed by the Board of Directors when determining reasonable compensation of any Officer:

    a.    The Corporation's Conflict of Interest Policy must be consulted and satisfied;

    b.    Compensation arrangements must be based on (i) information about compensation paid by at least three similarly situated organizations (taxable or tax- exempt) for similar services, (ii) current compensation surveys compiled by independent firms, or (iii) actual written offers from similarly situated organizations;

    c.    Compensation arrangements must be approved pursuant to this Section 5.3 in advance of any payment of compensation; and

    d.    The date and terms of approved compensation arrangements must be documented in writing, and the written documentation must identify (i) the members of the authorized body who were present during debate on the approved compensation arrangement, (ii) the decision made by each individual who participated in the determination of the approved compensation arrangement, (iii) the information on which the compensation arrangement was based and its source, and (iv) any actions taken, consistent with the Conflict of Interest Policy referenced in Section 5.3(a), with respect to consideration of the compensation arrangement by anyone who otherwise is authorized to vote on compensation arrangements but who had a conflict of interest with respect to the transaction.

## VI. SPECIFIC OFFICERS

    6.1.    <u>Executive Director</u>. The Corporation shall have one Executive Director. The Executive Director shall be the principal executive officer of the Corporation and, subject to the control of the Board of Directors, shall in general supervise and control all of the day-to-day business and affairs of the Corporation. The Executive Director may sign any deeds, mortgages, bonds, contracts or other instruments in the ordinary course of the Corporation's business, or which the Board of Directors has authorized to be executed, except in cases where the signing and execution thereof shall be expressly delegated to some other Officer or agent of the Corporation or shall be required by law to be otherwise signed or executed. The Executive Director shall perform all duties incident to such office and such other duties as may be prescribed by the Board of Directors from time to time.

    6.2.    <u>Secretary</u>. The Corporation may have a Secretary. The Secretary shall record all votes and minutes of all proceedings in a book or books to be kept for that purpose. The Secretary shall keep all the documents and records of the Corporation as required by law or otherwise in a proper and safe manner, and perform such other duties as may be prescribed from time to time by

the Executive Director or by the Board of Directors. If there is no Secretary appointed by the Board of Directors, then the Executive Director shall perform the duties of the Secretary.

6.3. <u>Treasurer</u>. The Corporation may have a Treasurer. The Treasurer shall have the custody of the corporate funds and securities and shall keep full and accurate accounts of receipts and disbursements in the corporate books. He or she shall deposit all money and other valuables in the name and to the credit of the Corporation in such depositories as may be designated by the Board of Directors and disburse the funds of the Corporation as may be ordered or authorized by the Board of Directors and preserve proper vouchers for such disbursements. The Treasurer shall render to the Board of Directors at the regular meetings of the Board of Directors, or whenever they require it, an account of all transactions and of the financial condition of the Corporation. The Treasurer shall be furnished, upon request, with such reports and statements as may be required from the corporate Officers and agents as to all financial transactions of the Corporation. The Treasurer shall perform all other duties assigned by these bylaws or as from time to time are assigned by the Board of Directors or by the Executive Director.

6.4. <u>Assistant Officers</u>. The Board of Directors may elect (or delegate to the Executive Director the right to appoint) such other Officers and agents and delegate to them such duties and responsibilities as may be necessary or desirable for the business of the Corporation.

## VII.  RESIGNATIONS

7.1. <u>Resignations</u>. Any Director or Officer may resign from his or her office at any time by written notice delivered or addressed to the Corporation. Any such resignation will be effective upon its receipt by the Corporation unless some later time is therein fixed, and then from that time. The acceptance of a resignation will not be required to make it effective.

7.2. <u>Vacancies</u>. If the office of any Director or Officer becomes vacant by reason of his or her death, resignation, disqualification, removal, or otherwise, the provisions of Section 4.1 (for Directors) or Section 5.1 (for Officers) shall apply with respect to the selection of a successor to hold office for the unexpired term. If any Director's term of office expires without a replacement being named at the next meeting of the Board of Directors, the Director's service on the Board of Directors will automatically renew unless one or more Directors objects to the automatic renewal.

## VIII.  CONFLICTS OF INTEREST

The Corporation's Conflict of Interest Policy must be consulted and satisfied prior to entering into any transaction or arrangement covered by such Policy. The Directors and Officers of the Corporation shall annually acknowledge such Policy pursuant to Article 6 of such Policy.

## IX.  INDEMNIFICATION

The Corporation shall, subject to the approval of a majority vote of the Board of Directors, indemnify any and all of its Directors or Officers, or former Directors or former Officers, to the fullest extent provided by the laws of the State of Arizona.

## X.  FINANCES

The monies, securities and other valuable effects of the Corporation shall be deposited in the name of the Corporation in such banks or trust companies as the Board of Directors shall designate and shall be drawn out or removed only as may be authorized from time to time by the Board of Directors or the Executive Director, or as required by a duly authorized contract.

## XI.  EXECUTION OF INSTRUMENTS

All corporate instruments and documents shall be signed or countersigned, executed, verified or acknowledged by such Officer or Officers or other person or persons as the Board of Directors may from time to time designate.

## XII.  ORDER OF BUSINESS

At all meetings of the Board of Directors, the order of business, as far as practicable, shall be as follows:

1. Roll call.
2. Reading and approval of unapproved minutes.
3. Reports of Officers and committees.
4. Election of Officers or Directors.
5. Unfinished business.
6. New business.
7. Adjournment.

## XIII.  MEMBERS

There shall be no members of the Corporation.

## XIV.  NONDISCRIMINATION POLICY

The Corporation shall make its services, facilities and programs available to all persons regardless of race, color, creed, gender, age, disability, marital status, sexual orientation, or national origin, and the Corporation shall not in any way discriminate against any person on any of the foregoing bases.

## XV.  AMENDMENTS

These bylaws may be altered, amended, supplemented, repealed, or temporarily or permanently suspended, in whole or in part, or new bylaws may be adopted, by a majority vote of the Board of Directors at any duly-constituted meeting or, alternatively, by unanimous written consent to organizational action without a meeting of the Board of Directors.

ADOPTED September 29, 2020; AMENDED December 8, 2020.