EXHIBIT B

EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC. d/b/a AMERICA'S FRONTLINE DOCTORS, INC., an Arizona nonprofit corporation, and JOSEPH GILBERT,<br><br>Plaintiffs,<br><br>v.<br><br>SIMONE GOLD,<br><br>Defendant. | Case No. 22-CV-00714-SPC-NPM |

### DECLARATION OF JOSEPH GILBERT

I, Joseph Gilbert, hereby make the following true and complete statements in relation to the above-captioned matter.

1. I am an adult residing in the State of Nevada and am under no legal disability.

2. I am personally acquainted with and have personal knowledge of the facts stated herein.

3. I am the Chairman of the Board of America's Frontline Doctors ("AFLDS") and have held that position since February 2, 2022. I am also the Director of Strategy.

4. In the fall of 2021, Simone Gold suggested that she wanted to move to Florida for a more favorable political climate and have AFLDS headquartered there. As this was discussed, I and other directors at AFLDS had internal discussions about this and agreed it might be a good idea. At some point, I understood that Dr. Gold began shopping for homes in Florida, but no Board vote was ever held and no approval was ever given by the Board to use AFLDS charitable funds to do so.

In fact, the Board and its counsel repeatedly advised Gold not to purchase a residential home. Ultimately, Dr. Gold bought her residence in Naples, Florida and used AFLDS funds to do so (the "Naples House"). She also signed a lease for a rental home where she planned to host team meetings (the "Rental House"). The Board was not provided with a listing contract or purchase offer or invoice, or a lease or lease paperwork until after Gold had taken these actions. To this day, Gold lives in the Naples Home rent free and AFLDS funds are used each month to pay the rent at the Rental House.

5. The Board did not become aware that Gold had used AFLDS funds to purchase the Naples House until after Gold had already closed on the home and signed the lease for the Rental House.

6. In or about June 2022, the ALFDS Board received legal counsel regarding potential excess benefit transactions involving Defendant Gold, and particularly under Section 4958 of the Internal Revenue Code. This counsel confirmed significant concerns the Board had in April and May of 2022 that Gold was using AFLDS to forward her for-profit business and pay for her personal expenses.

7. AFLDS hired Capin Crouse LLP to complete a compensation study on or around July 18, 2022 when we were considering whether the Consulting Agreement AFLDS was negotiating with Dr. Gold reflected fair and reasonable compensation under nonprofit law. At the same time, the AFLDS Board also commenced a forensic audit regarding Dr. Gold's apparent misuse of AFLDS funds, all to seek compliance with applicable IRS requirements and to identify any appropriate remedial measures.

8. When Dr. Gold reported to prison on July 26, 2022, AFLDS was run by its Board of Directors and staff. Additionally, I led AFLDS's day-to-day operations.

2

9. After Dr. Gold was released from prison, I, as Chairman of the AFLDS Board, advised her of the steps the Board had taken in her absence to look into her apparently improper use of charitable funds for personal purposes and the corrective steps it would need to take as a result. One of the first recommendations I mentioned was the need to sell the Naples House.

10. The Rental House was used for AFLDS business prior to March 2022, for a goodbye party for Gold when was on her way into prison, and for key executives to meet with Gold before she went to prison to get content and footage for AFLDS advocacy when she was in prison.

11. Based on information I have in my possession, AFLDS' bank accounts are held in Tennessee, California, and Nevada.

12. AFLDS' information technology director, Drew Kucharak lives in Nevada.

13. AFLDS' Director of Social Media, Mike Coudrey, lives in Africa.

14. AFLDS' news team lives in Israel.

15. Decisions of the board are made virtually and in no particular state.

16. A.J. and Lisa Andrzejewski live in Georgia.

17. None of the AFLDS directors lives in Florida – I live in Nevada; Mr. Mack resides in Arizona; and Mr. Matthesius resides in California.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Executed on this 23rd day of November, 2022 in Reno, Nevada by:

DocuSigned by:
*[signature]*
801C4DF0C26747B...

Joseph Gilbert

3