EXHIBIT E

# EXHIBIT E

**AFLDS Board of Directors Meeting**
**February 2, 2022**

Minutes

    Meeting started at 6:08pm

    Present at meeting:
        Dr. Simone Gold
        Amy Landau
        Joey Gilbert
        Sheriff Richard Mack
        Pastor Jurgen Matthesius
        Facilitator:  Chris Vaught, JD

BOD members present does constitute a Quorum.  Meeting was conducted via Zoom.

**DISCUSSION**

    1.  Wellness Centers

AFLDS has been considering whether to pursue establishing wellness centers.  Dr. Gold had advocated for the program.  AFLDS has undertaken due diligence on this issue for several months. Dr. Gold formally offered the formation and running of clinic to AFLDS.  Discussion of AFLDS taking on the opening and running of clinics/centers was considered in depth.  BOD considered all factors involved in rolling out wellness centers nation-wide, including:

- \*  Technical issues of providing medical care
- \*  Historical issues with customer complaints (tele-med)
- \*  The broader mission of AFLDS being that of education and overall liberty/citizen involvement
- \*  The bandwidth of AFLDS and its ability to take on another labor intensive, and expanding set of business actions.
- \*  The legal and practical implications for AFLDS of trying to continue the current mission and expand to running wellness centers.
- \*  Given current broader mission of AFLDS, is it the best vehicle to accomplish medical goals.

After discussion and consideration of all the issues, the decision was made by unanimous vote of the BOD to reject adding the formation and running of medical wellness centers to the current mission, as not in the best interest of AFLDS.

ACTION:  BOD member Joey Gilbert made a motion that AFLDS reject the idea of expanding into running Wellness Centers.  BOD member Pastor Jurgen seconded the motion.  Motion passed by unanimous vote.

    2.  Resignation of Dr. Gold from AFLDS

Dr. Gold discussed that her mission began as freedom of speech, and this has always included freedom from medical tyranny.  Her core vision has always been to provide services that allow for people to

participate in their own medical care and to support and solidify the sacred doctor/patient relationship. Dr. Gold shared with the BOD her videos from 2016 that she made on this subject.

As such, and with the BOD rejecting the option of AFLDS taking on the wellness centers, Dr. Gold tendered her resignation to the BOD so that she can devote time and energy to her vision of opening Health and Wellness Centers nation-wide.

After consideration, the decision was made by unanimous vote to accept Dr. Gold's resignation.

ACTION:  BOD member Amy Landau made a motion to accept Dr. Gold's resignation, and BOD member Pastor Jurgen seconded the motion.  Motion passed by unanimous vote.

     3. Composition of AFLDS BOD upon Dr. Gold's resignation

The organization and composition of the BOD was discussed in light of the resignation of Dr. Gold. Discussion was had about Joey Gilbert assuming the Chairman of the BOD.  Discussion was had about Amy Landau being appointed to the Executive Director of AFLDS.  It was discussed that Amy would need to resign from the BOD to assume the Executive Director role.

After discussion, it was decided by unanimous vote that:

*     Amy Landau would assume the position of Executive Director of AFLDS,
*     Joey Gilbert would assume the position of Chairman of the Board of Directors of AFLDS, and
*     Sheriff Mack and Pastor Jurgen would continue as Board Members.

ACTION:  Pastor Jurgen made a motion to appoint Joey Gilbert to the Chairman of the BOD.  Sheriff Mack seconded the motion.  Motion passed unanimously.

ACTION:  Sheriff Mack made a motion to accept Amy Landau's resignation from the BOD.  Pastor Jurgen seconded the motion.  Motion passed by unanimous vote.

ACTION:  Joey Gilbert made a motion to appoint Amy Landau into the Executive Director position. Pastor Jurgen seconded the motion.  Motion passed unanimously.

     4. AFLDS Contract with GoldCare Marketing Services, LLC

Chair Joey Gilbert brought up and recognized that Dr. Gold has been the very public face of AFLDS, and that AFLDS would benefit if Dr. Gold continued to be involved and associated with that public face. In addition to the public face, her direct marketing efforts resulted in great success for AFLDS, approximately $10 million raised under her leadership, excluding any monies from telemedicine donations. Chairman Gilbert requested that Dr. Gold continue to be the face of AFLDS in a marketing consulting capacity to AFLDS.

The BOD authorized Mr. Gilbert to negotiate a consulting agreement with Dr. Gold which would permit Dr. Gold to continue to promote AFLDs and its mission.  It was agreed that this consulting agreement should be concluded as soon as possible so as to allow continuity of the mission of AFLDS.  Full BOD will approve final agreement.

      6.  It was discussed that Sheriff Mack and Pastor Jurgen, facilitated by in-house counsel Chris Vaught, would comprise the compensation committee for determining the pay of the Executive Director position and for Joey Gilbert for his duties as Legal Strategist for AFLDS.

      5.  Per Diem for BOD members while traveling.

Sheriff Mack brought up compensation for expenses of BOD members for travel to AFLDS events. Discussion was had and there was agreement that BOD members who travel for AFLDS business should receive some sort of per diem per day for their efforts and time.

Meeting adjourned at 6:52 pm.