EXHIBIT F

## Affidavit of Amy Landau

In accordance with 28 U.S.C. § 1746, I, Amy Landau, declare under penalty of perjury of the laws of the United States of America, and state upon personal knowledge that:

- On December 9, 2021, there was an AFLDS Board of Directors Meeting at the Peninsula Hotel in Beverly Hills, CA. In attendance at this meeting were: Simone Gold, MD, JD, Joey Gilbert, Esq, Pastor Jurgen Matthesius, Sheriff Richard Mack, Royce Hood, Esq, Troy Brewer, CPA, Roque Espinal, MD, Drew Kachurak, Evan Landau, Jared Lewin, and Paula Lentz and me, Amy Landau.

- At the December 9, 2021 meeting, AFLDS was introduced to Pastor Jurgen Matthesius and Sheriff Richard Mack. The introduction included reports on how AFLDS was started, what it had accomplished, and its mission.

- At the December 9, 2021 meeting, Royce Hood, Esq. made a motion to add Pastor Jurgen Matthesius and Sheriff Richard Mack to the AFLDS Board of Directors in a private session including Simone Gold, MD, JD, Joey Gilbert, Esq, and me, Amy Landau. The vote was unanimous in favor of adding Pastor Jurgen Matthesius and Sheriff Richard Mack to the AFLDS Board of Directors.

- On February 2, 2022, an AFLDS Board of Directors Meeting was held via Zoom conference. In attendance at this meeting were: Simone Gold, MD, JD, Joey Gilbert, Esq, Pastor Jurgen Matthesius, Sheriff Richard Mack, Chris Vaught, Esq. and George Wentz, Esq. and me, Amy Landau.

- At the February 2, 2022 meeting, Simone Gold, MD, JD, offered her resignation as CEO of AFLDS. She also resigned from the AFLDS Board of Directors.

- At the February 2, 2022 meeting, Simone Gold, MD, JD, recommended to the board of directors that they appoint me, Amy Landau, to the position of executive director of AFLDS. Simone Gold also recommended that Joey Gilbert, Esq, be appointed Chairman of the Board of AFLDS.

- At the February 2, 2022 meeting, the Board of Directors appointed me, Amy Landau, to the position of Executive Director of AFLDS. I accepted the executive director position and resigned from the board of directors of AFLDS.

- At the February 2, 2022 meeting, Joey Gilbert, Esq, accepted the position of Chairman of the Board of AFLDS.

- At the February 2, 2022 meeting, the remaining members of the Board of Directors moved that Simone Gold continue to serve as a marketing consultant for AFLDS. Simone Gold accepted the role as a marketing consultant. Board members agreed that a discussion regarding Simone Gold's consulting fees would be the topic of a future AFLDS board meeting to include Joey Gilbert, Esq, Pastor Jurgen Matthesius, and Sheriff Richard Mack.

- On February 9, 2022, there was an AFLDS leadership meeting at the AFLDS Team House located at 799 104th Ave N, Naples, FL, 34108. The meeting was personally attended by Simone Gold, MD, JD, Lara Ramos, Paula Lentz, Rafael Rolim, Drew Kachurak, Pastor Jearlyn Dennie, Kristine Lutzo, Irene Williams, and me, Amy Landau.

- At the February 9, 2022 leadership meeting, Simone Gold, MD, JD, announced to everyone present that she had resigned from AFLDS and resigned from the AFLDS Board of Directors. Simone Gold further announced that I, Amy Landau, was the new Executive Director of AFLDS. She also announced that Joey Gilbert, Esq, had been appointed as Chairman of the Board of AFLDS.

- After the February 9, 2022 leadership meeting, I began acting in my role as Executive Director of AFLDS. During the first two weeks of my new role, Simone Gold, MD, JD, continued to micromanage AFLDS' day-to-day operations.

- On February 26, 2022, I flew to Naples, Florida to meet with Simone Gold face-to-face to ask her to discontinue her daily involvement and allow me to proceed in my role. Simone Gold agreed to reduce her involvement and that I should remain in the role.

- Even after Simone Gold agreed to allow me to act in my position,

nothing changed. Simone Gold continued to micromanage day-to-day operations, making the executive director position untenable for me. I resigned on March 7, 2022.

    I affirm and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on: _November 8, 2022_

_____
                              Amy Landau