EXHIBIT G

# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREE SPEECH FOUNDATION, INC. )
d/b/a AMERICA'S FRONTLINE )
DOCTORS, INC., an Arizona nonprofit )
corporation, and JOSEPH GILBERT, )
)
       Plaintiffs, ) Case No. 22-CV-00714-SPC-NPM
)
)
v. )
)
)
SIMONE GOLD, )
)
       Defendant. )
)

## **DECLARATION OF AMY LANDAU**

I, Amy Landau, hereby make the following true and complete statements in relation to the above-captioned matter.

- I am an adult residing in the State of Texas and am under no legal disability.

- I am personally acquainted with and have personal knowledge of the facts stated herein.

- I was a member of the Board of Directors for America's Frontline Doctors ("AFLDS") from September 2020 through February 2, 2022. I was also the Executive Director of AFLDS from February 2, 2022 through March 7, 2022, when I resigned.

- During the entire time I was a Board Member and during the time I was the Executive Director of AFLDS, I was a resident of Texas. At no time did I live in Florida.

1

- I traveled to Florida for three AFLDS staff meetings in early 2022.

- The February 2, 2022 Board Meeting, in which I participated, was conducted via Zoom and I was in Texas during that Board Meeting.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Executed on this 22nd day of November, 2022 in Georgetown, Texas by:

_____
Amy Landau