EXHIBIT J

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC. d/b/a AMERICA'S FRONTLINE DOCTORS, INC., an Arizona nonprofit corporation, and JOSEPH GILBERT,<br><br>Plaintiffs,<br><br>v.<br><br>SIMONE GOLD,<br><br>Defendant. | Case No. 22-CV-00714-SPC-NPM |

## DECLARATION OF LAUREN BRADFORD

I, Lauren Bradford, hereby make the following true and complete statements in relation to the above-captioned matter.

1. I am an adult residing in the State of South Carolina and am under no legal disability.

2. I am personally acquainted with and have personal knowledge of the facts stated herein.

3. I am in-house counsel at America's Frontline Doctors ("AFLDS").

4. I lived in Florida from March 2022 to October 2022. But in October 2022, my husband Chase and I moved to South Carolina.

5. Both my husband and I work full-time for AFLDS. We were asked by Simone Gold to move to Florida for AFLDS however during our time living there we met in-person for AFLDS work zero times.

6. AFLDS' accountant and head of payroll, Troy Brewer, lives in Tennessee.

I declare under penalty of perjury under the laws of the United States of America and the State of South Carolina that the foregoing is true and correct.

    Executed on this 22nd day of November, 2022 in Lyman, South Carolina by:

_____
Lauren Bradford

2