# EXHIBIT 4

# Summary/Meeting Notes on 12/30/21 GC Meeting

**Attendees:** Joey Gilbert, Thomas Gennaro, Vincent Arendain, Colton Boyles, Andrea Wexelblatt, Chris Vaught, and Troy Brewer

**1) Transfer FSF to Florida**
**2) Bylaws**
**3) New Resolutions**

As per Thomas, the Bylaws for FSF as per domiciled in Arizona will be complete by 1/12/21.

Recommendation is to authorize the Board Resolutions for the Florida deal, with purchase of house not as a head quarters, but as an investment. Recommendation is to shoot for spring to look at changing the domicile of FSF to Florida, and in the meantime, get a better idea of the regulatory landscape in Florida where NP's are concerned. Current AG in Florida has cracked down on NP's, and possibility she may not remain in position (she is running for Governor against DeSantis), so waiting until spring will give time to get settled and glean more information about restrictions/state schemes pertaining to NP's. **Thomas sent new Board Resolutions out today!**

Royce updated on the issue of zoning where the house is located. Zoning is residential and use of house may be non-conforming and potential open FSF up to complaint. Royce to complete research and submit recommendations to Board on how to proceed.

**4) Employee Handbook**
**6) Influencer contracts - phones**
**8) NDA/Contract**
**11) Employee vs. IC recommendations**

There is a meeting scheduled Monday with Vince, Amy, Irene and Chris V. Vince and Irene have a list of people to be converted over to employees.

**The general framework/document for the Employee Handbook is complete.**
Additional clauses that pertain to each individual states' employment laws need to be inserted into the general document. Vince is working with Irene and Kristine on completing this.

Vince is working with Irene on contracts for influencers and any IC's, and will finish after the employee contracts are completed.

Colton stated that due to tax issues the push should be to finish the transfer of folks to employee status by the end of January (first pay cycle).

### 5) Trademarks - CC

There are 16 applications that have been submitted to the PTO for approval/determination.

Just have to wait for PTO to rule.

### 7) TSA lawsuits, Congressional

**TSA is a civil action and Thomas was working on getting that completed today (12/30/21).**

Discussion was had on retaining David Wellington/Dhillan Law Group or another top attorney experienced in suing the feds, and suing TSA. Joey and Thomas said after learning more about the conduct of TSA against Dr. Gold, Jonah, and others, they feel that there are grounds for alleging harassment and other charges against TSA's actions.

Congressional - Thomas stated he has received some information from Dr. Espinal pertinent to the Congressional hearing and the entire relationship of the structure. **This is being lead by David Warrington.**

### 9) Florida entities LLC - needed signatures

We determined this issue was the one involving the purchase and registration of the Denali in Florida.

The vehicle AFLDS purchased in Florida is caught up in a snag with the DMV and is being sent back to the dealer. The title was put under the Headquarters LLC rather than Free Speech Foundation. It caused a lot of hiccups with registration and AFLDS paid over $4k in taxes. As such, to fix two problems with one stone, the title needs to be filed under FSF, and then figure out how to recoup the taxes paid. Regardless of the tax credit, there were issues with registration under the LLC.

Prince Automotive needs to redo the paperwork to reflect that Free Speech Foundation owns the title.

Troy has been tasked with providing the tax documents needed for the Florida tax exemption to purchase the vehicle? And then providing any direction to AJ on what needs to be done for tax purposes?

AJ had a discussion today (12/30/21) with AJ about giving him authority to sign as he is in Florida.

**10) Cease and desist vs. Stella, Front-Line Nurses**

     a) Cease and desist letter to Dr. Emmanual **(Analysis portion of letter is complete)**; need info from Dr. Gold on chronology of events, setting out facts to substantiate dates.  **Info needed to include any texts, phone calls and email correspondence between Dr. Gold and Stella establishing timeline.  Once Colton has that, he can complete letter.**

     b)  Cease and desist letter to Erin (Global Frontline Nurses) and Nichole (American Frontline Nurses).  Colton wants to know if Dr. Gold or another AFLDS representative want to initiate a discussion with either of them to see if an agreement can be crafted before sending any cease and desist letters?  Joey agreed that we should put out calls to each before sending a cease and desist and at least try some personal communication to see if something can be worked out.  **Action needed:  Need to determine who will make the calls.**

**Other issues not on Dr. Gold's list**

+ Dr. Urso needs to be contacted to get names of attorneys that he has used in setting up clinics.  Joey wants to retain the most experienced attorney possible where setting up the clinics is concerned.  Decision has been made to hold off on getting back to Joe Cane until we look into attorneys with specific experience in setting up clinics.  **Colton has a call into Dr. Urso and waiting for a call back.  Joey has also initiated contact with Dr. Espinal to get any recommendations from his experience.**

+ **FSF Insurance policy has been completed and went to Joey today (12/30/21) for signature.**  Coverage added for cyber crimes and/or financial fraud.  The Florida property needs to be added to the policy upon closing.

+ Colton is doing an analysis/recommendation on retaining an attorney investigator, John Gagliano, in order to maintain internal attorney-client confidentiality where needed when complaints against AFLDS are lodged.

+ Colton is continuing his coordination with Chip on:
    a) solicitation registrations within each individual state that requires one.  Without those, AFLDS is out of compliance with those state laws where registration is required in order for a NP to seek donations.  **Colton stated that Chip's staff would be working on those after the New Year's holiday.**

      b) an analysis/recommendation on how best/most advantageous to structure FSF going forward where clinics and tele-med (and any other potential sub entities/activities) is concerned.