# EXHIBIT 7

Prepared by and Return to:
Michael D. Gentzle, Esq.
Coleman, Yovanovich & Koester, P.A.
4001 Tamiami Trail North Suite 300
Naples, FL 34103
239-435-3535
File Number: **17685.001**
Consideration: **$3,400,000.00**

INSTR 6185808 OR 6067 PG 2072
RECORDED 1/6/2022 1:02 PM PAGES 2
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
COLLIER COUNTY FLORIDA
DOC@.70 $23,800.00   REC $18.50
CONS $3,400,000.00

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **4th** day of **January, 2022** between **Seagate Charm, LLC, a Florida limited liability company** whose post office address is **910 39th Street SW, Naples, FL 34117**, grantor, and **Naples Freedom Headquarters, LLC, a Florida limited liability company** whose post office address is **405 Marsh Avenue, Reno, NV 89509**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Collier County, Florida** to-wit:

> **Lot 12 and the East 1/2 of Lot 13, Block B of Myrtle Terrace, according to the Plat thereof as recorded in Plat Book 4, Page 8, of the Public Records of Collier County, Florida.**
>
> **Parcel Identification Number: 13250001105**
>
> **Subject to: (a) ad valorem and non-ad valorem real property taxes for the year 2022 and subsequent years; (b) zoning, building code and other use restrictions imposed by governmental authority; (c) outstanding oil, gas and mineral interests of record, if any; and (d) restrictions, reservations, and easements common to the subdivision, if any.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

Coleman, Yovanovich & Koester, P.A.
4001 Tamiami Trail North, Suite 300
Naples, FL 34103

DoubleTime®

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: LISA M. Calyore

Witness Name: Michael Gentzle

Seagate Charm, LLC, a Florida limited liability company

By: _____
Stuart Kaye, Manager

(Corporate Seal)

State of Florida
County of Collier

The foregoing instrument was acknowledged before me by means of [X] physical presence or [_] online notarization, this 3 day of ~~December, 2021~~ by Stuart Kaye, Manager of Seagate Charm, LLC, a Florida limited liability company, on behalf of the company. He [_] is personally known to me or [X] has produced a _____Florida_____ driver's license as identification.

January, 2022

[Notary Seal]

MICHAEL GENTZLE
MY COMMISSION # GG 270403
EXPIRES: January 18, 2023
Bonded Thru Notary Public Underwriters

Notary Public _____

Printed Name: _____

My Commission Expires: _____

*Warranty Deed* - Page 2                                                DoubleTime®